**DUPLICATE ORIGINAL**  BRIEANT, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROCKLAND VENDING CORP.,

        Plaintiff,

07 CV. 6268 (WP) (MDF)

<u>vs.</u>          **<u>Order to Show Cause</u>**

ROXANNE CREEN, sued in her
individual capacity, MARSHA F. RILEY,
sued in her individual capacity,
STEWART KIDDER, sued in his
individual capacity,

        Defendants.
-----------------------------------------------------------x

UPON THE COMPLAINT dated July 2, 2007, the Affidavits of Michael Freed and Ken Gallagher, both dated July 2, 2007 and the Exhibits thereto, and the annexed Memorandum of Law, and no prior application having been made for this relief in any federal or state court, it is hereby

ORDERED that on July 16, 2007 at the United States Courthouse, 300 Quarropas Street, White Plains, New York 10601 at 9:30 in the forenoon in Courtroom 218, defendants shall show cause why the Court should not temporarily, preliminarily and permanently enjoin them and those acting in concert with them, their agents and successors from maintaining control and possession of plaintiff's vending machines and from breaking contracts with plaintiff absent compliance with the terms of said contracts or from failing to

renew said contracts in retaliation for plaintiff's reporting of illegal acts on the part of defendant Creen to the New York State Police or public offices charged with investigating such matters;

~~ORDERED that pending said date, defendants shall forthwith allow plaintiffs to retrieve any vending machines in the correctional facilities they control for these purposes and not break any existing contracts with plaintiff absent compliance with the terms of said contracts or fail to renew any such contract in retaliation for plaintiff's reporting of illegal acts on the part of defendant Creen to the New York State Police or public officers charges with investigating such matters;~~

~~FURTHER ORDERED that plaintiff shall post a supersedeas bond by ____ p.m. on ____, 2007 in the sum of $ ____ ;~~

FURTHER ORDERED that personal service upon each of the defendants *and the Attorney General's Office of New York State* by or before 4:35 p.m. on *July 12, 2007* shall be deemed good and sufficient service.

*White Plains, N.Y.*
*July 9, 2007*

SO ORDERED:

_____
*Charles Brieant*
UNITED STATES DISTRICT JUDGE