UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ROCKLAND VENDING CORP.                          :                    07 CV 6268 (WP)(MDF)

             Plaintiffs                          :

           - against -                          :

ROXANNE CREEN, sued in her individual           :
capacity, MARSHA F. RILEY, sued in her
individual capacity, STEWARD KIDDER,            :
sued in his individual capacity

                               :

             Defendants
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND ORDER
## ADJOURNING ORDER TO SHOW CAUSE

           Counsel for the parties having conferred regarding the Order to Show Cause issued

on July 9, 2007, and scheduled to come before the Court on July 16, 2007, at 9:30 a.m. and having

agreed to adjourn that date to July 24, 2007 at 10:30 a.m., and having been advised that date and time

are available for the Court, and the parties having further agreed to maintain the status quo regarding

the matters at issue in the Order to Show case pending further agreement by the parties or further

court order, it is hereby

           AGREED and STIPULATED that the return date for the Order to Show Cause be removed

from the Court's docket on July 16, 2007 at 9:30 a.m. and be rescheduled for July 24, 2007 at 10:30

a.m.

Stipulation and Order
Adjourning Order to Show Cause
07 CV 6268 (WP)(MDF)


Dated:       New York, New York
             July 13, 2007


*Michael Sussman (AMC)*
MICHAEL SUSSMAN, ESQ.                    ANDREW M. CUOMO
Sussman & Watkins                        Attorney General of the
P.O. Box 1005                            State of New York
Goshen, N.Y. 10924                       By:
(845) 294-3991
Attorney for Plaintiff                   *Bruce B McHale*
                                         Bruce B. McHale
                                         Assistant Attorney General
                                         120 Broadway, 24th Floor
                                         New York, NY 10271
                                         (212) 416-6363
                                         For Defendants for this
                                         Stipulation and Order

                        *    *    *

White Plains, New York                   SO ORDERED
July _____, 2007

                                         *Charles L. Brieant*
                                         CHARLES BRIEANT
                                         UNITED STATES DISTRICT JUDGE


-2-