UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROCKLAND VENDING CORP.,

              Plaintiff,                      07-CV- 6268 (WP-4)(MDF)

    vs.                                        **ORDER**

ROXANNE CREEN, sued in her
individual capacity, MARSHA F. RILEY,
sued in her individual capacity,
STEWART KIDDER, sued in his
individual capacity,

              Defendants.
-----------------------------------------------------------x

    Upon the application of plaintiff, Rockland Vending Corp., and this Court having ordered defendants to show cause why it should not enter certain preliminary relief, and the Court having received and reviewed the written submissions from the parties and having heard oral argument on July 24, 2007, it is hereby ORDERED that defendants and those acting in concert with them, their agents, employs and successors in office are hereby enjoined from disposing of plaintiff's vending machines to any third party, and it is further ORDERED that defendants shall make available *during normal business hours* for pick-up to plaintiff or its designee plaintiff's vending machines upon 24 hour notice to any facility which has terminated, or failed to renew, or does terminate, or fail to renew, its contract with plaintiff.

    Having determined that plaintiff has an adequate remedy at law, the

Court declines to enjoin defendants and those in acting in concert with them, their agents, successors and employs from terminating or failing to renew their vending contracts with plaintiff.

SO ORDERED.

White Plains, N.Y.
July 26, 2007

_Charles Brieant_
UNITED STATES DISTRICT ~~COURT~~ JUDGE