

**MEMO ENDORSED**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

JUNE DUFFY
BUREAU CHIEF FOR LITIGATION

February 20, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

BY MAIL
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: <u>Rockland Vending Corp. v. Creen</u>, 07 CV 6268 (KMK)(MDF)

Dear Judge Karas:

The parties have essentially completed their initial discovery in regard to the defense of qualified immunity,[1] and we write, on behalf of all parties and pursuant to Judge Mark Fox's directions, to arrange a briefing schedule for defendants' motion for summary judgment on issues relating to qualified immunity and the contractual forum selection clause.

The parties have conferred, and respectfully propose the following schedule:

Defendants' opening papers to be served on April 10, 2008;

Plaintiffs' opposition papers to be served on May 1, 2008;

Defendants' reply papers to be served and motion submitted on May 15, 2008.

Judge Fox had indicated in a prior conference that he discussed this case with Your Honor and that an Individual Rule 2.A pre-motion conference would not be necessary. However, we are prepared to proceed in whatever manner the Court should direct.

*The motion schedule is approved. No need for a pre-motion conference.*

Respectfully,

Daniel Schulze
Assistant Attorney General
(212) 416-6557

SO ORDERED
KENNETH M. KARAS U.S.D.J.
2/25/08

cc: Honorable Mark D. Fox
    Michael Sussman, Esq.

---

[1] Deposition transcripts are being prepared, and defendants await production of two documents from plaintiff. The reporter stated that transcripts will be ready by March 3, 2008.

120 BROADWAY, NEW YORK N.Y. • PHONE (212) 416-8610 • FAX (212) 416-6075 *NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US