# SUSSMAN & WATKINS
### - Attorneys at Law -

MICHAEL H. SUSSMAN  
CHRISTOPHER D. WATKINS

40 PARK PLACE, P.O. BOX 1005  
GOSHEN, NEW YORK 10924

(845) 294-3991  
Fax: (845) 294-1623  
sussman1@frontiernet.net

LEGAL ASSISTANTS  
GEORGE FIGUEROA  
VIRGINIA ESPOSITO

**MEMO ENDORSED**

4/28/08 - By fax

Hon. Kenneth M. Karas  
United States District Court  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601

re: **Rockland Vending Corp., et al. v. Creen, et al**, 07 Civ 6268 (KMK)(MDF)

Dear Judge Karas,

I represent plaintiffs in this matter. Defendants have moved for summary judgment on qualified immunity grounds. My responsive papers are currently due on May 1, 2008.

Due to a recently completed seven day trial and another hearing which occupied several days recently, I am slightly behind on written work. Accordingly, I am respectfully requesting an extension of two weeks, or until May 15, 2008, to submit plaintiffs' responsive papers in this matter. Of course, defendants' time to reply would be equally extended.

Thank you for your consideration in this regard.

Respectfully,  
/S/  
Michael H. Sussman

cc: Daniel Schultze, Assistant Attorney General, Counsel for defendants

USDS SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: _____

Granted.

SO ORDERED.  
KENNETH M. KARAS U.S.D.J.  
4/28/08