# EXHIBIT 1

# SUSSMAN & WATKINS
*- Attorneys at Law -*

---

MICHAEL H. SUSSMAN
CHRISTOPHER D. WATKINS

40 PARK PLACE, P.O. BOX 1005
GOSHEN, NEW YORK 10924

(845) 294-3991
Fax: (845) 294-1623
sussman1@frontiernet.net

LEGAL ASSISTANTS
GEORGE FIGUEROA
VIRGINIA ESPOSITO

---

2/19/08 - **By certified mail, return receipt requested**

Honorable Andrew Cuomo
Attorney General of the State of New York
The Capitol
Albany, New York 12224

    re: **Notice of Claim filed on behalf of Rockland Vending Corporation**

Dear General Cuomo,

Pursuant to section 10 of the Court of Claims Act, please find enclosed an original and two copies of Notice of Claim on behalf of our client, Rockland Vending Corporation.

Kindly date stamp and return one copy in the stamped, self-addressed envelope which is enclosed.

Sincerely,
/s/
Michael H. Sussman

enc/

STATE OF NEW YORK: COUNTY OF ORANGE

ROCKLAND VENDING CORPORATION,

vs.

NEW YORK STATE DEPARTMENT OF
CORRECTIONAL SERVICES,

        Respondent.
-----------------------------------------------------------------x

### *NOTICE OF CLAIM*

    Michael Freed, President of Rockland Vending Corporation, hereby states as and for the Notice of Claim filed on behalf of Rockland Vending the following:

    1. Rockland Vending Corporation is located at 1 Sanford Avenue, Chester, New York 10918. It is in the business of distributing vending machines and products throughout the State of New York.

    2. Rockland Vending Corporation provided and serviced vending machines at the Fishkill Correctional Facility from January 1999 through January 2008, under the terms of a two contracts, the latter for three years with two annual renewals.

    3. Rockland Vending Corporation bid to continue providing vending services at the facility and was the low bidder in late 2007 for continuation of services.

    4. Without just cause and based on untrue claims and in retaliation for the filing of a federal lawsuit against its agents, to this date DOCS has failed to enter into new contractual relationship with Rockland Vending Corporation and, though it has not awarded the vending bid to any company, has ordered claimant to remove its numerous vending machines from the grounds of Fishkill Correctional Facility. To this date, DOCS has refused to permit Rockland

Vending Corporation to retrieve its product, to collect those funds collected in the machines or to to sell or dispose of its vending machines.

5. During the nine years it serviced the facility, Rockland Vending was never suspended from service, never noticed of any substantial dissatisfaction with its service and never provided notice of termination.

6. On the contrary, Rockland Vending Corporation provided timely service, including in-person weekend and Holiday service to the facility. In addition, to the extent reasonably possible, Rockland Vending Corporation paid all commissions due to the facility. Indeed, the facility renewed its contract with claimant on several occasions despite claimant's commission-paying history. This issue only became critical after claimant filed a federal lawsuit against DOCS agents.

7. After the cessation of the contract on January 8, 2008, an agent of DOCS contacted me and I agreed to continue servicing the facility under the terms and conditions of the contract. I continued to do so through January 22, 2008 when I was given two days notice to remove about fifty vending machines, a physical impossibility. I was also denied the right to collect monies from these machines, to retrieve product or to sell the machines to a third party.

8. The failure to renew this vending contract to the low bidder in retaliation for the filing of federal civil rights litigation has substantially damaged the claimant and such monetary damages are continuing.

WHEREFORE, claimant alleges that DOCS has violated its rights under state bidding law and the First Amendment to the United States Constitution and provides notice of its intention to seek legal redress against DOCS for the damages incurred thereby.

_____
MICHAEL FREED

SIGNED AND SWORN TO BEFORE ME THIS __8th__ DAY OF FEBRUARY 2008.

_____
NOTARY PUBLIC

CHRISTOPHER D. WATKINS
Notary Public, State of New York
No. 02WA6124421
Qualified in Ulster County
Commission Expires March 28, 20 09