6. CIVIL-EQUAL-HUMAN RIGHTS: The contractor agrees to comply with all applicable federal, State and local Civil Rights and Human Rights laws with reference to equal employment opportunities and the provision of services.

7. LATE PAYMENT: Interest on late payment is governed by State Finance Law §179-m.

8. TERMINATION: This AGREEMENT may be terminated at any time upon mutual written consent of the FACILITY and the CONTRACTOR. Also, the FACILITY may terminate the AGREEMENT immediately, upon written notice of termination to the CONTRACTOR, if the CONTRACTOR fails to comply with the terms and conditions of this AGREEMENT and/or with any laws, rules, regulations, policies or procedures affecting this AGREEMENT.

New York State Department of Taxation and Finance

# Contractor Certification
(Pursuant to Section 5-a of the Tax Law)

**ST-220**
(1/05)

For more information, see Publication 222, *Question and Answers Concerning Section 5-a*.

| Contractor name: Rockland Vending Corp | For office use only |
|---|---|
| Contractor's principal place of business: 1 Sanford Ave, Chester, NY 10918 | Contract number |
| Mailing address (if different than above) | Estimated contract value |
| Contractor's federal employer identification number (EIN): 13-3203691 | Contractor's sales tax ID number (if different from contractor's EIN) | $ |
| Contractor's telephone number: (810) 469-7550 | Contracting state agency: U.Y. | |

I, **Cheryl Freed** (name); hereby affirm, under penalty of perjury, that I am **Vice President** (title) of the above-named contractor, that I am authorized to make this certification on behalf of such contractor, and that:

## Part I. Contract services that are not services for purposes of Tax Law section 5-a
(Mark an X in the box if this statement is applicable. If you mark this box, you do not have to complete Parts II - V.)

☐ The requirements of Tax Law section 5-a do not apply because the subject matter of the contract concerns the performance of services which are not *services* within the meaning of Tax Law section 5-a.

(If you did not mark the box next to the statement in Part I, mark an X next to the applicable statement in Parts II through V.)

## Part II. Contractor registration status

☐ The contractor has made sales delivered by any means to locations within New York State of tangible personal property or taxable services having a cumulative value in excess of $300,000 during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made, and is registered for New York State and local sales and compensating use tax purposes with the Commissioner of Taxation and Finance pursuant to sections 1134 and 1253 of the Tax Law.

☐ As of the date of this certification, the contractor has not made sales delivered by any means to locations within New York State of tangible personal property or taxable services having a cumulative value in excess of $300,000 during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made.

## Part III. Affiliate registration status

☐ As of the date of this certification, the contractor does not have any affiliates.

☐ To the best of the contractor's knowledge, the contractor has one or more affiliates having made sales delivered by any means to locations within New York State of tangible personal property or taxable services having a cumulative value in excess of $300,000 during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made, and each affiliate exceeding the $300,000 sales threshold during such periods is registered for New York State and local sales and compensating use tax purposes with the Commissioner of Taxation and Finance pursuant to sections 1134 and 1253 of the Tax Law. The contractor has listed on Schedule A of this certification the name, address, and identification number of each affiliate exceeding the $300,000 sales threshold during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made.

☐ To the best of the contractor's knowledge, the contractor has one or more affiliates and, as of the date of this certification, each affiliate has not made sales delivered by any means to locations within New York State of tangible personal property or taxable services having a cumulative value in excess of $300,000 during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made.

Page 2 of 6  ST-220 (1/05)

Part IV. Subcontractor registration status

☐ As of the date of this certification, the contractor does not have any subcontractors.

☐ The contractor has one or more subcontractors, and each subcontractor has informed the contractor of whether or not, as of the date of this certification, it has made sales delivered by any means to locations within New York State of tangible personal property or taxable services having a cumulative value in excess of $300,000 during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made. Each subcontractor informing the contractor that it has made sales in excess of the $300,000 threshold during such periods has further informed the contractor that it is registered for New York State and local sales and compensating use tax purposes with the Commissioner of Taxation and Finance pursuant to sections 1134 and 1253 of the Tax Law. The contractor has listed on Schedule A of this certification the name, address and identification number of each subcontractor exceeding the $300,000 sales threshold during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made.

☐ The contractor has one or more subcontractors, and each subcontractor has informed the contractor that, as of the date of this certification, it has not made sales delivered by any means to locations within New York State of tangible personal property or taxable services having a cumulative value in excess of $300,000 during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made.

Part V. Subcontractor affiliate registration status

☐ The contractor has one or more subcontractors, and each subcontractor has informed the contractor that, as of the date of this certification, it does not have any affiliates.

☐ The contractor has one or more subcontractors, and each subcontractor has informed the contractor of whether or not, as of the date of this certification, it has any affiliates having made sales delivered by any means to locations within New York State of tangible personal property or taxable services having a cumulative value in excess of $300,000 during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made. Each subcontractor informing the contractor that it has one or more affiliates having made sales in excess of the $300,000 threshold during such periods has further informed the contractor that each such affiliate is registered for New York State and local sales and compensating use tax purposes with the Commissioner of Taxation and Finance pursuant to sections 1134 and 1253 of the Tax Law. The contractor has listed on Schedule A of this certification the name, address and identification number of each affiliate exceeding the $300,000 sales threshold during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made.

☐ The contractor has one or more subcontractors, and each subcontractor has informed the contractor that, as of the date of this certification, it has no affiliate having made sales delivered by any means to locations within New York State of tangible personal property or taxable services having a cumulative value in excess of $300,000 during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made.

Sworn to this 10th day of November 20 05

_____
(signature)

_____
Vice president
(title)

## Individual, Corporation, Partnership, or LLC Acknowledgment

STATE OF New York

COUNTY OF Orange       SS.:

On the day 10TH of November in the year 2005, before me personally appeared Cheryl Freed, known to me to be the person who executed the foregoing instrument, who, being duly sworn by me did depose and say that

She resides at Airmont, NY (11 S. Debaun St)

Town of Ramapo

County of Rockland

State of New York ; and further that:

[Mark an X in the appropriate box and complete the accompanying statement.]

☐ (If an individual): _he executed the foregoing instrument in his/her name and on his/her own behalf.

☒ (If a corporation): _he is the Vice President of Rockland Vending Corp. the corporation described in said instrument; that, by authority of the Board of Directors of said corporation, _he is authorized to execute the foregoing instrument on behalf of the corporation for purposes set forth therein; and that, pursuant to that authority, _he executed the foregoing instrument in the name of and on behalf of said corporation as the act and deed of said corporation.

☐ (If a partnership): _he is the _____
of _____, the partnership described in said instrument; that, by the terms of said partnership, _he is authorized to execute the foregoing instrument on behalf of the partnership for purposes set forth therein; and that, pursuant to that authority, _he executed the foregoing instrument in the name of and on behalf of said partnership as the act and deed of said partnership.

☐ (If a limited liability company): _he is a duly authorized member of, _____ LLC, the limited liability company described in said instrument; that _he is authorized to execute the foregoing instrument on behalf of the limited liability company for purposes set forth therein; and that, pursuant to that authority, _he executed the foregoing instrument in the name of and on behalf of said limited liability company as the act and deed of said limited liability company.

_Elizabeth A. Reilly_
Notary Public

Registration No.

ELIZABETH A. REILLY
Notary Public, State of New York
No. 01RE6017338
Qualified in Orange County
Commission Expires December 14, 2006

Page 4 of 6  ST-220 (1/05)

## Schedule A — List of affiliates, subcontractors, and affiliates of subcontractors

| A Relationship to Contractor | B Name | C Address | D ID Number | E Sales Tax ID Number | F Proof of Registration |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | N/A | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Column A — Enter *C* if the contractor; do not complete columns C, D, and E. Enter *A* if an affiliate of the contractor; *S* if a subcontractor; or *SA* if an affiliate of a subcontractor, and complete columns B through F.

Column B — Name - If person is a corporation or limited liability company, enter the exact legal name as registered with the NY Department of State. If person is a partnership or sole proprietor, enter the name of the partnership and each partner's given name, or the given name(s) of the owner(s), as applicable. If person has a different DBA (doing business as) name, enter that name as well.

Column C — Address - Enter the street address of person's principal place of business. Do not enter a PO box.

Column D — ID number - Enter the federal identification number assigned to the person or person's business, as applicable.

Column E — Sales tax ID number - Enter only if different from federal ID number in column D.

Column F — Enter *CA* if a paper copy of the certificate of authority is attached; or *RC* if person is registered with DTF and has confirmed this status with DTF.

**Privacy notification**

The Commissioner of Taxation and Finance may collect and maintain personal information pursuant to the New York State Tax Law, including but not limited to, sections 5-a, 171, 171-a, 287, 308, 429, 475, 505, 697, 1096, 1142, and 1415 of that Law; and may require disclosure of social security numbers pursuant to 42 USC 405(c)(2)(C)(i).

This information will be used to determine and administer tax liabilities and, when authorized by law, for certain tax offset and exchange of tax information programs as well as for any other lawful purpose.

Information concerning quarterly wages paid to employees is provided to certain state agencies for purposes of fraud prevention, support enforcement, evaluation of the effectiveness of certain employment and training programs and other purposes authorized by law.

Failure to provide the required information may subject you to civil or criminal penalties, or both, under the Tax Law.

This information is maintained by the Director of Records Management and Data Entry, NYS Tax Department, W A Harriman Campus, Albany NY 12227; telephone 1 800 225-5829. From areas outside the United States and outside Canada, call (518) 485-6800.

# Instructions

## General information

On August 20, 2004, New York State enacted section 5-a of the Tax Law requiring persons awarded contracts valued at more than $15,000 with state agencies, public authorities or public benefit corporations to certify that they, their affiliates, their subcontractors, and the affiliates of their subcontractors have a valid certificate of authority to collect New York State and local sales and compensating use taxes. A contractor, affiliate, subcontractor or affiliate of a subcontractor must be certified as having a valid certificate of authority if such person makes, or has made, aggregate sales delivered within New York State of more than $300,000 during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made. A contractor must use Form ST-220, *Contractor Certification*, to make this certification before the contract may be approved by the Office of the State Comptroller (OSC), or other contract approver if OSC is not required to approve the contract.

This statute applies to contracts resulting from solicitations to purchase issued by governmental entities on or after January 1, 2005. In the case of contracts resulting from issuance of an invitation for bid (IFB) or a request for proposal (RFP), the statute would apply if the IFB or RFP was first issued on or after January 1, 2005. The statute would not apply if the bid document was first issued before January 1, 2005, even if the bid document was amended, or the resulting contract was awarded, approved, amended, or extended after January 1, 2005.

The statute does not apply to purchases from preferred sources. For additional information, please see Publication 222, *Questions and Answers Concerning Tax Law Section 5-a*.

## Definition of terms associated with section 5-a

The following is a partial list. Please see Publication 222 for additional information.

A *contractor* is defined as a person awarded a contract by a covered agency.

The term *person* is defined as any entity in business for either profit or not-for-profit purposes and can refer to an individual, partnership, limited liability company, society, association, joint stock company, or corporation.

A *covered agency* is defined as New York State or any department, board, bureau, commission, division, office, council or agency of New York State; public authorities and public benefit corporations. The State Legislature, the judiciary, Department of Law, Office of State Comptroller, State Education Department, State University of New York and the senior colleges of City University of New York are included in this definition.

An *affiliate* is an entity which, through stock ownership or any other affiliation, directly, indirectly or constructively, controls another entity, is controlled by another entity, or is, along with another entity, under the control of a common parent company.

A *subcontractor* is an entity specifically engaged by a contractor or another subcontractor to provide commodities or perform services necessary to allow a contractor to fulfill a particular contract with a covered agency.

*Commodities* means, other than with respect to contracts for State printing, material goods, supplies, products, construction items or other standard articles of commerce other than technology which are the subject of any purchase or other exchange.

*Tangible personal property* means physical personal property, of any nature, that has a material existence and is perceptible to the human senses. Tangible personal property includes, without limitation: (1) raw materials, such as wood, metal, rubber and minerals; (2) manufactured items, such as gasoline, oil, diesel motor fuel and kero-jet fuel, chemicals, jewelry, furniture, machinery and equipment, parts, tools, supplies, computers, clothing, motor vehicles, boats, yachts, appliances, lighting fixtures, building materials; (3) pre-written off-the-shelf software; (4) artistic items such as sketches, paintings, photographs, moving picture films and recordings; (5) animals, trees, shrubs, plants and seeds; (6) bottled water, soda and beer; (7) candy and confections; (8) cigarettes and tobacco products; (9) cosmetics and toiletries; (10) coins and other numismatic items, when purchased for purposes other than for use as a medium of exchange; (11) postage stamps, when purchased for purposes other than mailing; and (12) precious metals in the form of bullion, ingots, wafers and other forms.

## Completing Form ST-220

### Identification information

**Contractor name:** Enter the exact legal name of the person or entity who is contracting to provide commodities or services to a covered agency of New York State. This is the name registered with the New York Department of State.

**Contractor's principal place of business:** Enter a street address, not a PO box number.

**Mailing address:** Enter the address where contractor receives mail, if different than the principal place of business.

**Contracting state agency:** Enter the state agency awarding the contract to the contractor.

**Certification statement:** If the contractor is a corporation, the statement must be completed by the president, vice president, treasurer, assistant treasurer, chief accounting officer, or other officer authorized by the corporation. If the contractor is a partnership, the statement must be completed by a partner or person authorized by the partnership. If the contractor is a limited liability company, the statement must be completed by a member of the LLC and be authorized by the LLC.

### Part I – Contract services not pursuant to Tax Law section 5-a

If the services to be performed under the contract are not services within the meaning of Tax Law section 5-a, mark an X. You do not have to complete Parts II through V. You must sign and have the certification acknowledged.

For procurement law purposes, *services* means, other than with respect to contracts for State printing, the performance of a task or tasks and may include a material good or a quantity of material goods, and which is the subject of any purchase or other exchange. For procurement law purposes, technology is a service. The term *services* for procurement law purposes does not apply to contracts for architectural, engineering or surveying services, or to contracts with not-for-profit organizations approved in accordance with Article eleven-B of the State Finance Law.

The term *taxable services* for New York State and local sales and compensating use tax law purposes includes, but is not limited to: 1) providing information by printed, mimeographed or multigraphed matter or by duplicating written or printed manner in any other

Page 6 of 6  ST-220 (1/05)

manner; 2) processing, assembling, fabricating, printing or imprinting tangible personal property furnished by a customer who did not purchase the tangible personal property for resale; 3) installing, maintaining, servicing, or repairing tangible personal property that is not held for sale by the purchaser of the service in the regular course of business (for example, servicing automobiles, installing appliances, and repairing radio and television sets); 4) storing tangible personal property that is not being held for sale; 5) renting safe deposit boxes, vaults, and similar storage facilities; 6) maintaining, servicing, or repairing real property both inside and outside buildings (for example, cleaning, painting, gardening, snow plowing, trash removal, and general repairs); 7) providing parking, garaging, or storing services for motor vehicles; 8) interior decorating and designing; 9) protective or detective services; and 10) entertainment or information services provided by means of telephony or telegraphy.

### Parts II through V

If the contract is covered under Tax Law section 5-a, you must mark an *X* in one box in each of these parts. You must also sign and have the certification acknowledged, and complete Schedule A.

### Schedule A

#### Column A – Relationship to the contractor

The contractor should enter a *C*. It is not necessary for the contractor to complete columns C through E since this information has been provided on page 1.

If the person listed in column B is an affiliate of the contractor, enter an *A*; if a subcontractor, enter an *S*; if an affiliate of a subcontractor, enter *SA*.

#### Column B – Name

Enter the exact legal name as registered with the New York Department of State of each corporation or limited liability company. If the person is a partnership or sole proprietor, enter each partner's or the owner's given name. If the person uses a different name or DBA (doing business as), enter that name as well.

#### Column C – Address

Enter the street address of the person's principal place of business. Do not enter a PO box.

#### Column D – ID number

If the person listed in column B is an individual, enter the social security number of that person. Otherwise enter the employer identification number (EIN) assigned to the person.

#### Column E – Sales tax ID number

Enter the sales tax identification number, if different from the federal identification.

#### Column F – Proof of registration

Enter *CA* and attach a copy of the certificate of authority for the person.

If the certificate of authority is not readily available and if the person is registered with the Department of Taxation and Finance and has confirmed this status with the DTF, enter *RC*.

Return a signed and acknowledged original Form ST-220, and a copy, with the contract to the procuring state agency.

SHAWANGUNK CORRECTIONAL FACILITY
200 QUICK ROAD
WALLKILL, NEW YORK 12589
845-895-2081

## VENDING MACHINE SERVICES RENEWAL AGREEMENT

Contract____X680037____ between __Rockland Vending Corp._____ and Shawangunk Correctional Facility is due to expire ___01/31/06___. We are inquiring as to whether or not your company would be interested in exercising the first one year renewal clause, as provided by the terms and conditions of the original invitation for bid.

Renewal of Contract X680037____ would be for the period 02/01/06 to 01/31/07.

Original Contract X680037____ was approved by the Department of Audit & Control for the State Comptroller on December 02, 2002.

Enclosed, please find Appendix "A", and Appendix "B" which are to be considered in effect and part of the one (1) year extension of this contract. As well as all other terms and conditions of the original contract.

If your company is desirous of exercising the extension option of Contract X680037 under the above terms and conditions, please sign and return the three (3) copies, as well as the attached Corporate Acknowledgment form.

" The Facility agrees to the
   extension of Contract
   X680037"

_____
Roxann Creen          Steward

_____
Date:

" The Contractor agrees to the
   extension of Contract
   X680037"

_____
Signature

_PRESIDENT_____
Title
9/29/05
Date

Approved: _____
            Office of the State Comptroller

SHAWANGUNK CORRECTIONAL FACILITY
200 QUICK ROAD
WALLKILL, NEW YORK 12589
845-895-2081

### VENDING MACHINE SERVICES RENEWAL AGREEMENT

Contract____X680037_____ between __Rockland Vending Corp._____ and Shawangunk Correctional Facility is due to expire ___01/31/06____. We are inquiring as to whether or not your company would be interested in exercising the first one year renewal clause, as provided by the terms and conditions of the original invitation for bid.

Renewal of Contract X680037_____ would be for the period 02/01/06 to 01/31/07.

Original Contract X680037_____ was approved by the Department of Audit & Control for the State Comptroller on December 02, 2002.

Enclosed, please find Appendix "A", and Appendix "B" which are to be considered in effect and part of the one (1) year extension of this contract. As well as all other terms and conditions of the original contract.

If your company is desirous of exercising the extension option of Contract X680037 under the above terms and conditions, please sign and return the three (3) copies, as well as the attached Corporate Acknowledgment form.

" The Facility agrees to the
  extension of Contract
  X680037"

" The Contractor agrees to the
  extension of Contract
  X680037"

_____
Signature

Roxann Creen        Steward

President
_____
Title

Date:

9/29/05
Date

Approved: _____
           Office of the State Comptroller



STATE OF NEW YORK
DEPARTMENT OF CORRECTIONAL SERVICES
SHAWANGUNK CORRECTIONAL FACILITY
P.O. Box 750
Wallkill, N.Y. 12589-0750
(845) 895-2081

LUCIEN J. LECLAIRE, JR.
ACTING COMMISSIONER

JOSEPH T. SMITH
SUPERINTENDENT

Rockland Vending Corporation    11/13/06
1 Sanford Avenue
Chester, New York 10918

## VENDING MACHINE SERVICES RENEWAL AGREEMENT

Contract X680037 between Rockland Vending Corp. and Shawangunk Correctional Facility is due to expire 01/31/07. We are inquiring as to whether or not your company would be interested in exercising the final one year renewal clause, as provided by the terms and conditions of the original invitation for bid.

The Final Renewal of Contract X680037 would be for the period 02/01/07 to 01/31/08.

Original Contract X680037 was approved by the NYS Attorney General on November 15, 2002 and by the Department of Audit and Control for the State Comptroller on December 02, 2002.

Enclosed, please find Appendix "A", and Appendix "B" which are to be considered in effect and part of the one (1) year extension of this contract. As well as all other terms and conditions of the original contract.

If your company is desirous of exercising the final extension option of Contract X680037 under the above terms and conditions, please sign and return three (3) copies of the signature page, as well as the attached Corporate Acknowledgment form. Also, you must complete the enclosed NYS Standard Vendor Responsibility Questionnaire, and a ST-220 Contractor Certification Tax Law Form.

If you have any questions or concerns please contact Sharon Davis, Head Account Clerk or Roxann Creen, Steward at 845-895-2081.

RECOMMENDED SIGNATURE PAGE

CONTRACT NUMBER _____

Agency Certification

"In addition to the acceptance of this contract,
I also certify that original copies of this signature
page will be attached to all other exact copies of this
contract."

Contractor's Signature                               Agency's Signature

_____                             _____
Dated  11/27/06                                     Dated _____


Attorney General's Signature                         Comptroller's Signature

_____                             _____
Dated _____                                Dated _____

Case 7:07-cv-06268-KMK-MDF    Document 19-7    Filed 05/16/2008    Page 11 of 15

RECOMMENDED SIGNATURE PAGE

CONTRACT NUMBER _____

Agency Certification

"In addition to the acceptance of this contract,
I also certify that original copies of this signature
page will be attached to all other exact copies of this
contract."

Contractor's Signature *[signed]*

Dated *[handwritten date]*

Agency's Signature _____

Dated _____

Attorney General's Signature

Dated _____

Comptroller's Signature

Dated _____

RECOMMENDED SIGNATURE PAGE

CONTRACT NUMBER _____

Agency Certification

"In addition to the acceptance of this contract, I also certify that original copies of this signature page will be attached to all other exact copies of this contract."

Contractor's Signature                          Agency's Signature
_____*[signature]*_____                         _____
Dated _11/27/06_                                Dated _____

Attorney General's Signature                    Comptroller's Signature

_____                          _____
Dated _____                          Dated _____

## CORPORATE, PARTNERSHIP OR INDIVIDUAL ACKNOWLEDGMENT

STATE OF New York }
: SS.:
COUNTY OF Orange }

On the 27th day of November in the year 20 06 before me personally appeared: Michael J Freed, known to me to be the person who executed the foregoing instrument, who, being duly sworn by me did depose and say that _he resides at 11 DeBaun Ave, Town of Ramapo, County of Rockland, State of New York ; and further that:

[Check One]

(☐ If an individual): _he executed the foregoing instrument in his/her name and on his/her own behalf.

(☒ If a corporation): _he is the President of Rockland Vending Corp, the corporation described in said instrument; that, by authority of the Board of Directors of said corporation, _he is authorized to execute the foregoing instrument on behalf of the corporation for purposes set forth therein; and that, pursuant to that authority, _he executed the foregoing instrument in the name of and on behalf of said corporation as the act and deed of said corporation.

(☐ If a partnership): _he is the _____ of _____, the partnership described in said instrument; that, by the terms of said partnership, _he is authorized to execute the foregoing instrument on behalf of the partnership for the purposes set forth therein; and that, pursuant to that authority, _he executed the foregoing instrument in the name and on behalf of said partnership as the act and deed of said partnership.

Elizabeth A Reilly
Notary Public

ELIZABETH A. REILLY
Notary Public, State of New York
No. 01RE6017338
Qualified in Orange County
Commission Expires December 14, 2006

## CORPORATE, PARTNERSHIP OR INDIVIDUAL ACKNOWLEDGMENT

STATE OF New York  }
: SS.:
COUNTY OF Orange  }

On the 27th day of November in the year 2006, before me personally appeared: Michael J Freed, known to me to be the person who executed the foregoing instrument, who, being duly sworn by me did depose and say that _he resides at 11 DeBaun Ave,
Town of Ramapo,
County of Rockland, State of New York; and further that:

[Check One]

(☐ If an individual): _he executed the foregoing instrument in his/her name and on his/her own behalf.

(☒ If a corporation): _he is the President of Rockland Vending Corp, the corporation described in said instrument; that, by authority of the Board of Directors of said corporation, _he is authorized to execute the foregoing instrument on behalf of the corporation for purposes set forth therein; and that, pursuant to that authority, _he executed the foregoing instrument in the name of and on behalf of said corporation as the act and deed of said corporation.

(☐ If a partnership): _he is the _____ of _____, the partnership described in said instrument; that, by the terms of said partnership, _he is authorized to execute the foregoing instrument on behalf of the partnership for the purposes set forth therein; and that, pursuant to that authority, _he executed the foregoing instrument in the name and on behalf of said partnership as the act and deed of said partnership.

Elizabeth A Reilly
Notary Public

ELIZABETH A. REILLY
Notary Public, State of New York
No. 01RE6017338
Qualified in Orange County
Commission Expires December 14, 2006