# EXHIBIT 3

```
*************************************************************************
*** REQUESTOR: 680STD - Creen, Roxann            Shawangunk            ***
*************************************************************************
***                  S Y S M   I N B A S K E T   P R I N T            ***

MESSAGE ID: 265913ATA    DATE: 05/09/07  TIME: 11:18am  PRIORITY: 000

TO:         680STD - Creen, Roxann
            Steward
            Shawangunk

FROM:       999CNSGAG - Glassanos, George
            Deputy Counsel
            Cen - Counsel

SUBJECT:    Reply to Rockland Vending
*** Transferred From: 680STD - Creen, Roxann; 05/09/07 11:06am
*** Answer From:      999CNSGAG - Glassanos, George; 05/08/07 04:25pm
*** Original Author:  680STD - Creen, Roxann; 05/08/07 02:47pm
```

Mr. Glassanos -- This is to follow up today's conversation with Stew Kidder and Nan Ferrie regarding Rockland Vending. Rockland is currently two months behind (Feb & March) in commissions and space rental.. and on May 10th will also owe for the month of April, 2007. Tomorrow, we will meet the vending machine filler person and when the money is taken from the machines, it will be counted in front of the Rockland representative, receipted and signed by a facility staff member and by the representative. A receipt will be given to the Rockland Rep. to take back to the Company. We will then deposit the funds collected into the respective accounts. We have calculated an average monthly commission and will collect funds accordingly. We will advise how this method of "collection" works out.

*** Comments From: 999CNSGAG - Glassanos, George; 05/08/07 04:21pm
ROXANN: GOOD...DO NOT LET THE REP WALK AWAY WITH THE STATE'S MONEY. IF THERE IS ANY RESISTANCE, SHO THE REP THE DOOR, IMPOUND THE MACHINE AND EXERCISE THE STATE'S RIGHT TO LOCATE AN ALT SOURCE,. YOU ARE WITHIN THE STATE'S RIGHT OF SELF HELP TO RETAIN POSSESSION OF THE MACHINE UNTIL THE VENDOR CURES HIS DEFAULT.

*** Comments From: 680STD - Creen, Roxann; 05/09/07 11:01am
Rockland was in today and we explained to the filler man what we were going to do. He had no problem with our collection of the money... We receipted each machine individually, we signed, he signed and gave him a copy for Rockland and one for his records. Contacted Rockland and advised what we had done. They were very surprised and didn't think we could take that action. They asked me to fax copies of the receipts which I will do. Since I did not speak with the owner of Rockland, I am expecting a phone call when he finds out.. Will keep you posted... Roxann

*** Comments From: 999CNSGAG - Glassanos, George; 05/09/07 11:16am
ROXANN: I GUESS THE OWNER IS SURPRISED YOU DO NOT ACT LIKE A RUG. I AM SURPRISED HE IS. NICE GOING! I WOULD SAY YOU JUST INTRODUCED A CHANGE-UP AND A SINKER INTO THE BALL GAME....GEORGE

Sent to:    680STD                    Creen, Roxann                   (to)


PLAINTIFF'S EXHIBIT 1/23/08