# EXHIBIT 4

Roxann P Creen  
12/11/06 12:50 PM

To: ROCKVEND@ROCKLAND.NET  
cc: Nannette E Ferri/C999/DOCS@DOCS  
Subject: Vending Machines

Hi Mike -- We phoned your office this morning, but as of yet, no one has returned our call. We wanted to let
you know that on Saturday and Sunday, the food machines went down, were repaired and went down again.
Also, on both days the change machines ran out of change. I am sure that the Superintendent will be receiving
a letter from the Inmates regarding this situation.

At this time, I spoke with the Visit Room Officer and all machines are functioning.

Please remember that this is a very busy time of year and food and change machines should be stocked as
much as possible.

As you are aware, our commission checks are due on the 10th of the month. The check was not received
in today's mail. These checks are very important to the Recreation Committee and the Inmates as the money is used to
fund holiday events for staff and to purchase toys for children.

Please let me know if there is a problem with either issue addressed above. Thank you, Roxann Creen

D0068

PLAINTIFF'S EXHIBIT 2  1/23/08