# EXHIBIT 5

Roxann P Creen

12/18/06 01:12 PM

To: MFREED@ROVENCO.COM
cc: Nannette E Ferri/C999/DOCS@DOCS
Subject: NOVEMBER COMMISSION

Mike -- Regarding my last e-mail to you on December 11, 2006, we still have not received our commission check for November -- which was due - according to our contract -- by the 10th of the month. Please advise if
the checks have been mailed.    Thank you... Roxann



D0067