# EXHIBIT 6

Roxann P Creen  
01/19/07 01:28 PM

To: MFREED@ROVENCO.COM  
cc: Nannette E Ferri/C999/DOCS  
Subject: DECEMBER COMMISSION

Mike -- Once again I must write you regarding our commission check. The check for December was due in our office on or before January 10th... Once again you are late... Please issue the check immediately!!

D0142


PLAINTIFF'S EXHIBIT 4 1/23/08