# EXHIBIT 7

**Roxann P Creen**
01/30/07 11:33 AM

To: mfreed@rovenco.com
cc: Nannette E Ferri/C999/DOCS@DOCS
Subject: DECEMBER COMMISSION

Mike -- My e-mail has been unanswered since 1/19/07.. I understand you were on vacation. I expect that our
December commission check will be in our office by cob January 31, 2007. If you have to, please overnight
or have the driver hand deliver....

The commission check for January -- by contract -- is due by February 10th...

Let me know if you have any problems or questions concerning the above..

Roxann Creen,
Steward



PLAINTIFF'S EXHIBIT
5
1/23/08

D0065