# EXHIBIT 8

```
MESSAGE ID: 859283AAA    DATE: 02/13/07  TIME: 07:18am  PRIORITY: 000

TO:        680STD - Creen, Roxann
           Steward
           Shawangunk

FROM:      999SOPNEF - Ferri, Nannette E.
           Purchasing Agent
           Cen - Support Operations

SUBJECT:   Reply to Vending check
*** Answer From:      680STD - Creen, Roxann; 02/12/07 02:53pm
*** Answer From:      999SOPNEF - Ferri, Nannette E.; 02/08/07 07:09am
*** Original Author:  680STD - Creen, Roxann; 02/07/07 01:23pm

Hi Nan -- just so you know, we received the check from
Rockland Vending for December on February 6, 2007

*** Comments From: 999SOPNEF - Ferri, Nannette E.; 02/08/07 07:08am
Hi, Roxanne: thanks for the info: so, for the next 4 days, is
he up-to-date on commissions, space fees and bottle returns
(if he returns your bottles). thanks, nan.

*** Comments From: 680STD - Creen, Roxann; 02/12/07 02:52pm
Nan -- Sorry it took so long to respond.  Yes.. he was
up to date for four days... And here we go again...

*** Comments From: 999SOPNEF - Ferri, Nannette E.; 02/13/07 07:18am
thanks, Roxanne.  nf.

Sent to:   680STD              Creen, Roxann                (to)
```

PLAINTIFF'S EXHIBIT 40 1/23/08 SH