# EXHIBIT 9

**Roxann P Creen**
02/16/07 02:12 PM

To: MFREED@ROVENCO.COM
cc: Nannette E Ferri/C999/DOCS@DOCS
Subject: Vending losses

Hi Mike -- Was very surprised by your recent e-mails regarding loss of merchandise from the refrigerated food machines in the Visit Room. I wish you had let me know before so we could have monitored or help figure out how this was happening sooner.

I spoke with the Visit Room Officers and they have not seen anyone "tampering" with the machines during the visit
hours.

Could you possibly let me know what food items are coming up short? This might be helpful on our end. Would it be
possible for your "filler person" to tell us each day how many of each item is placed in the machines in question. We could monitor the machines at the close of visit hours and again the next day before visits begin to see if there is
some way that items are being "consumed" during the evening hours. We would like to help with this problem as it is in
everyone's best interest to get it resolved. Hopefully the new lock you installed will help.....

Please feel free to call me if you have any suggestions...... Roxann

PLAINTIFF'S EXHIBIT 7  1/23/08 SA