# EXHIBIT 10



"Mike Freed"
<mfreed@rovenco.com>

To: <RPCreen@DOCS.STATE.NY.US>
cc: <NEFerri@DOCS.STATE.NY.US>
Subject: Re: Vending losses

02/16/07 03:47 PM

Thanks Roxanne. I certainly appreciate your assistance. This is definitely a serious situation. I would not have brought this to your attention until we were sure it was not an internal situation. Our office staff is now tracking each food item at every one of the eight prison facilities that we service. This is a very tedious job because every item sells for a different price at each facility. The food items are pulled by route, then sorted by truck which could be delivering to up to three different prisons. Our drivers can move product meant for one facility to another on their route depending upon how busy a specific facility is. Therefore, if one prison is over and one is short on the same route, we can assume that product was moved. It took weeks of data to find the pattern and find the machine that was not accountable. When we changed the lock on your left hand food machine, the problem completely disappeared. This last week (the numbers just became available today), your facility was short $27.95 which far less than the $300.00 to $400.00 the facility had been short every week until two weeks ago. During the week of 1/19 thru 1/25, this machine somehow lost $452.00 worth of food.

Our route people inform me that there are cameras monitoring the visit room. It would be much more helpful if someone can review the video to see if the machine was being opened and food removed? As I said, the problem seems to have been corrected when we took out the ace lock and put in a much more secure Ably lock cylinder. That change took place on Thursday, February 1st.

We are looking at one other facility where we are tracking shortages but it is not as large and not yet as clear as yours. We also have facilities such as Fishkill and Woodbourne and Otisville which are running almost perfect every week.

Please advise if it is possible to review your security cameras.

Thanks again!


----- Original Message -----
From: <RPCreen@DOCS.STATE.NY.US>
To: <MFREED@ROVENCO.COM>
Cc: <NEFerri@DOCS.STATE.NY.US>
Sent: Friday, February 16, 2007 2:12 PM
Subject: Vending losses


> Hi Mike --  Was very surprised by your recent e-mails regarding loss of
> merchandise from the refrigerated
> food machines in the Visit Room.  I wish you had let me know before so we
> could have monitored or help figure out how this was happening sooner.
>
> I spoke with the Visit Room Officers and they have not seen anyone
> "tampering" with the machines during the visit
> hours.
>
> Could you possibly let me know what food items are coming up short?  This
> might be helpful on our end.  Would it be
> possible for your "filler person" to tell us each day how many of each
> item
> is placed in the machines in question.  We could monitor the machines at
> the close of visit hours and again the next day before visits begin to see

PLAINTIFF'S EXHIBIT

```
> if there is
> some way that items are being "consumed" during the evening hours.  We
> would like to help with this problem as it is in
> everyone's best interest to get it resolved.  Hopefully the new lock you
> installed will help.....
>
> Please feel free to call me if you have any suggestions...... Roxann
>
>
>
```