# EXHIBIT 11

**Roxann P Creen**

03/02/07 09:05 AM

To: mfreed@rovenco.com
cc: Nannette E Ferri/C999/DOCS@DOCS
Subject: Commission Check

Hi Mike -- To date we have not received the commission checks for January, 2007 that were due on February 10th.

As you are aware the commission checks are due the 10th of every month... Please issue the January check immediately!!!!

Thank you....



PLAINTIFF'S EXHIBIT
10
1/23/08 SH