# EXHIBIT 12

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONAL SERVICES
THE HARRIMAN STATE CAMPUS
1220 WASHINGTON AVENUE
ALBANY, N.Y. 12226-2050

BRIAN S. FISCHER
ACTING COMMISSIONER

DEPUTY COMMISSIONER
ADMINISTRATIVE SERVICES

# Memorandum

TO:     ALL INST. STEWARDS

FROM:   Stewart R. Kidder, Director of Support Operations

DATE:   March 7, 2007

RE:     Vending Machines

Please respond to the following regarding vending machine services provided at your facility. Responses are required by c.o.b. March 16, 2007.

1) Current contract vendor, contract number, expiration date, and remaining extensions.

2) Are there any vending machines operating in your facility which are not covered by the above contract? If yes, please list details.

3) Who handles can return; your facility or the contract vendor? do you have a policy/procedure written in your contract?

4) Do you have any issues with payment of commission, space rental or can deposits?

5) Do you have any other issues or concerns regarding your current contract?

Thank you for your prompt response. As a reminder, if your contract is due to expire soon, you may obtain a current boiler plate from Nan Ferri via Lotus Notes. If you have any questions, please contact Nan Ferri at (518) 436-7886 ext. 3015.

cc: Nan Ferri

D0006


PLAINTIFF'S EXHIBIT
11
1/23/08