# EXHIBIT 14

**Roxann P Creen**  
04/04/07 10:14 AM

To: mfreed@rovenco.com  
cc: Nannette E Ferri/C999/DOCS@DOCS  
Subject:

Mike -- The February check is LATE.. the March check is due by April 10th... Please issue the February check immediately and make arrangements for the March check to be paid by April 10th!!!

Let me know if there is a problem. Thank you. Roxann

