# EXHIBIT 15

 **Nannette E Ferri**
04/05/07 01:16 PM

To: Deborah M Dayton/C999/DOCS
cc:
Subject: Re:

Hi, Deb: looks ok; do you have someone else lined up?


Nan Ferri
DOCS - Support Ops.
518-436-7886
fax: 518-436-1519
Deborah M Dayton


**Deborah M Dayton**
04/05/07 10:11 AM

To: Nannette E Ferri/C999/DOCS@DOCS
cc:
Subject:

****************************************************
Deborah M. Dayton
Head Account Clerk
Coxsackie Correctional Facility
Route 9W
Coxsackie, NY  12051

Phone:  518-731-2781 Ext. 3200
email:    dmdayton@docs.state.ny.us
****************************************************

Hi Nan,

OK to send or any suggestions?

Thanks!  Deb

[W]
Remove Machines.doc

