# EXHIBIT 17

```
***********************   ******************************   **********************
* REQUESTOR: 999CNSGAG                Passed Screen
**************************************************************************************
***                    S Y S M   O U T B A S K E T   P R I N T                    ***

MESSAGE ID: 265913A      DATE: 05/08/07  TIME: 16:25     PRIORITY: 000

SUBJECT:    Reply to Rockland Vending
*** Original Author:   680STD - Creen, Roxann; 05/08/07 14:47

Mr. Glassanos --  This is to follow up today's conversation with
Stew Kidder and Nan Ferrie regarding Rockland Vending.  Rockland
is currently two months behind (Feb & March) in commissions and
space rental..  and on May 10th will also owe for the month of
April, 2007.  Tomorrow, we will meet the vending machine filler
person and when the money is taken from the machines, it will
be counted in front of the Rockland representative, receipted and
signed by a facility staff member and by the representative.  A
receipt will be given to the Rockland Rep. to take back to the
Company.  We will then deposit the funds collected into the
respective accounts.  We have calculated an average monthly
commission and will collect funds accordingly.  We will advise
how this method of "collection" works out.

*** Comments From: 999CNSGAG - Glassanos, George; 05/08/07 16:21
ROXANN: GOOD...DO NOT LET THE REP WALK AWAY WITH THE STATE'S MONEY.  IF
THERE IS ANY RESISTANCE, SHO THE REP THE DOOR, IMPOUND THE MACHINE AND
EXERCISE THE STATE'S RIGHT TO LOCATE AN ALT SOURCE,.  YOU ARE WITHIN T
HE STATE'S RIGHT OF SELF HELP TO RETAIN POSSESSION OF THE MACHINE UNTIL
 THE VENDOR CURES HIS DEFAULT.

Sent to:    680STD              Creen, Roxann                      (to)
```

PLAINTIFF'S EXHIBIT 17 1/23/08 SW