# EXHIBIT 18



**George A Glassanos**
05/10/07 09:51 AM

To: Nannette E Ferri/C999/DOCS@DOCS
cc:
Subject: Re: Rockland

Nan: That is fine..... George

GEORGE A. GLASSANOS
DEPUTY COUNSEL
NYS DEPT of CORRECTIONAL SERVICES
BLDG NO. 2 - STATE CAMPUS
ALBANY 12226
518-457-4935 FAX 7555
GAGLASSANOS@DOCS.STATE.NY.US

Nannette E Ferri

**Nannette E Ferri**
05/10/07 07:19 AM

To: George A Glassanos/C999/DOCS@DOCS
cc:
Subject: Re: Rockland

Hi, George: I think that worked out at Shawangunk...by the way Freed did contact Stew.. "my employee was
accosted..." Stew listened to him and told him 'the state had the right...and we conferred with counsel's office ..'
Anyway, I received an e=mail from Coxsackie; they want to tell him he won't be allowed to take his machines
on May 30 unless his commissions are paid up. I would like to tell them, and all facilities he owes to do what
Shawangunk did   I do not think he is up to date with any facility.  ok?
Thanks for all your help, George.  nf.

Nan Ferri
DOCS - Support Ops.
518-436-7886
fax: 518-436-1519
George A Glassanos

**George A Glassanos**
05/09/07 11:43 AM

To: Nannette E Ferri/C999/DOCS@DOCS
cc: Roxann P Creen/C999/DOCS@DOCS
Subject: Rockland

Nan: I am going to defer even further my letter to Rockland while we are satisfying what's owed out of the
change boxes and while DEC is inspecting containers. One other item. If two or more facilities deal with
Rockland and Rockland is current with some but in breach with others, the ones who are paid in full may
still deduct what is owed to the other or others as was done this morning at Roxann's facility. Keeping
good records is the key thing..Geor.

GEORGE A. GLASSANOS
DEPUTY COUNSEL
NYS DEPT of CORRECTIONAL SERVICES
BLDG NO  2 - STATE CAMPUS

P 149



PLAINTIFF'S
EXHIBIT
18
1/23/08