# EXHIBIT 19

```
*** REQUESTOR: 680STD - Creen, Roxann      Shawangunk                    ***
****************************************************************************
***                  S Y S M   O U T B A S K E T   P R I N T              ***

MESSAGE ID: 284617     DATE: 05/11/07  TIME: 02:47pm  PRIORITY: 000
```

SUBJECT: Rockland Vending

Hi Nan -- As you requested, just an up-date on Rockland Vending
On Wednesday, May 9, 2007, I met the Rockland Vending filler
at the front door at 8:00 a.m. I escorted him to his first area
of fill - the Inmate Visit Room. I explained to him that
Rockland was behind in payment of their commissions and that
we would be receiving the money in the vending machines that
he would normally take back to the company. He said that
Rockland was going to be very upset and requested that I call
and let them know what we were doing. I told him that I would
do that.
When each machine was opened, the money was removed and counted
in front of the driver, a receipt was made out stating the name
of the machine (ie soda) and the area it was located in. (I
had the PAC and Calc Clerk II count the money) The PAC signed
the receipt and the driver also signed the receipt. Two copies
of the receipt were given to the driver - one for Rockland and
one for the driver's records. The driver advised that he did
not collect from each machine at every visit. I did not make
him give me any money from the machines he would not normally
collect from. The driver finished filling the machines and
giving us the receipts from the machines he would collect from.
The driver left the facility without incident.
I did contact Rockland - Mike was not available to speak with.
I spoke with Cheryl at about 9:15 a.m. on May 9th and explained
to her exactly what we had done. She told me that was not legal
and requested that I fax her a copy of the receipts - which I did.
At about 2:00 p.m. I was contacted by State Police Investigator
Dixon. He asked me if I had taken money from the Rockland
Vending machines. I told him that I had and advised him that I
had provided a receipt for the money received from each machine
to the driver. I further explained that the reason we did this
was because Rockland was in arrears on paying commissions due
our facility. I also stated that our attorney advised that his
action was appropriate since Rockland was not fulfilling their
contractural obligations. I gave Inv. Dixon Atty. Glassanos
phone number.
On May 10th, I contact Rockland to inquire if they would be
filling the machines on Friday (their normal day). Cheryl
did not know and said she would let me know.
On Friday, May 11th, the filler had not come in by
10:00 and Atty. Glassanos advised me to contact Rockland again
to see if they intended to come in and fill the machines. I
contact Rockland and finally spoke with Mike Freed.. who, of
course, advised that I had no right to do what I did and that
his drivers were afraid to come to our facility. I advised
Mike that he was in breach of contract and we were within our
legal rights to do what we did. I then advised him that we
were impounding his machines and would send him a letter to
that effect.
In the meantime, we contacted several local vendors and one
company could provide machines and fillers.. They have
arrived and are installing machines in the visit room.



PLAINTIFF'S EXHIBIT 23 1/23/08