# EXHIBIT 2 TO AFFIDAVIT OF MICHAEL FREED

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONAL SERVICES
SHAWANGUNK CORRECTIONAL FACILITY

This AGREEMENT is hereby made by and between the SHAWANGUNK CORRECTIONAL FACILITY (hereinafter FACILITY) and the CONTRACTOR identified on the face page hereof.

WITNESSETH:

WHEREAS, the FACILITY has the authority to provide vending machine services and desires to contract with skilled parties possessing the necessary resources to provide such services; and

WHEREAS, the FACILITY has solicited bids in order to procure the services of a well-qualified service provider in order to provide such services and has selected CONTRACTOR in order to provide such services for FACILITY; and

WHEREAS, the CONTRACTOR is ready, willing and able to provide such services and possesses or can make available all necessary qualified personnel, licenses, facilities and expertise and perform or have performed the services required pursuant to the terms of this AGREEMENT;

NOW THEREFORE, in consideration of the promises, responsibilities and covenants herein, the FACILITY and the CONTRACTOR agree as follows:

1. SERVICES: Contractor will carry out all responsibilities and services identified in the proposal attached herein as Exhibit B, entitled:

    "B."   Invitation For Bid

    "C."   Detailed Specifications

    "D."   Bid Tabulation

2. INCORPORATED PAGES: This AGREEMENT incorporates the face pages attached and all of the marked appendices identified on the face page hereof.

3. EFFECTIVE DATE: This agreement shall become effective upon the approval of the Attorney General and Comptroller of the State of New York.

4. STATE OF LAW: this agreement shall be construed and interpreted in accordance with the Laws of the State of New York.

5. ACCOUNTING: DOCS shall be entitled to and shall receive from CONTRACTOR an accounting of its revenues at the conclusion of the period of this agreement.

6. <u>CIVIL-EQUAL-HUMAN RIGHTS</u>: The contractor agrees to comply with all applicable federal, State and local Civil Rights and Human Rights laws with reference to equal employment opportunities and the provision of services.

7. <u>LATE PAYMENT</u>: Interest on late payment is governed by State Finance Law §179-m.

8. <u>TERMINATION</u>: This AGREEMENT may be terminated at any time upon mutual written consent of the FACILITY and the CONTRACTOR. Also, the FACILITY may terminate the AGREEMENT immediately, upon written notice of termination to the CONTRACTOR, if the CONTRACTOR fails to comply with the terms and conditions of this AGREEMENT and/or with any laws, rules, regulations, policies or procedures affecting this AGREEMENT.

New York State Department of Taxation and Finance
# Contractor Certification
(Pursuant to Section 5-a of the Tax Law)

**ST-220**
(1/05)

For more information, see Publication 222, Questions and Answers Concerning Section 5-a.

| Contractor name | For office use only |
|---|---|
| Rockland Vending Corp | Contract number |
| Contractor's principal place of business | City | State | ZIP code | |
| Sanford Ave | Chester | NY | 10918 | |
| Mailing address (if different than above) | Estimated contract value |
| Contractor's federal employer identification number (EIN) | Contractor's sales tax ID number (if different from contractor's EIN) | |
| 13-3308861 | | $ |
| Contractor's telephone number | Contracting state agency | |
| (845) 469-7650 | UY | |

I, __Cheryl Freed__ (name), hereby affirm, under penalty of perjury, that I am __Vice President__ (title) of the above-named contractor, that I am authorized to make this certification on behalf of such contractor, and that:

## Part I. Contract services that are not services for purposes of Tax Law section 5-a
(Mark an X in the box if this statement is applicable. If you mark this box, you do not have to complete Parts II - V.)

☐ The requirements of Tax Law section 5-a do not apply because the subject matter of the contract concerns the performance of services which are not *services* within the meaning of Tax Law section 5-a.

(If you did not mark the box next to the statement in Part I, mark an X next to the applicable statement in Parts II through V.)

## Part II. Contractor registration status

☐ The contractor has made sales delivered by any means to locations within New York State of tangible personal property or taxable services having a cumulative value in excess of $300,000 during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made, and is registered for New York State and local sales and compensating use tax purposes with the Commissioner of Taxation and Finance pursuant to sections 1134 and 1253 of the Tax Law.

☐ As of the date of this certification, the contractor has not made sales delivered by any means to locations within New York State of tangible personal property or taxable services having a cumulative value in excess of $300,000 during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made.

## Part III. Affiliate registration status

☐ As of the date of this certification, the contractor does not have any affiliates.

☐ To the best of the contractor's knowledge, the contractor has one or more affiliates having made sales delivered by any means to locations within New York State of tangible personal property or taxable services having a cumulative value in excess of $300,000 during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made, and each affiliate exceeding the $300,000 sales threshold during such periods is registered for New York State and local sales and compensating use tax purposes with the Commissioner of Taxation and Finance pursuant to sections 1134 and 1253 of the Tax Law. The contractor has listed on Schedule A of this certification the name, address, and identification number of each affiliate exceeding the $300,000 sales threshold during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made.

☐ To the best of the contractor's knowledge, the contractor has one or more affiliates and, as of the date of this certification, each affiliate has not made sales delivered by any means to locations within New York State of tangible personal property or taxable services having a cumulative value in excess of $300,000 during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made.

Page 2 of 6  ST-220 (1/05)

**Part IV. Subcontractor registration status**

☐ As of the date of this certification, the contractor does not have any subcontractors.

☐ The contractor has one or more subcontractors, and each subcontractor has informed the contractor of whether or not, as of the date of this certification, it has made sales delivered by any means to locations within New York State of tangible personal property or taxable services having a cumulative value in excess of $300,000 during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made. Each subcontractor informing the contractor that it has made sales in excess of the $300,000 threshold during such periods has further informed the contractor that it is registered for New York State and local sales and compensating use tax purposes with the Commissioner of Taxation and Finance pursuant to sections 1134 and 1253 of the Tax Law. The contractor has listed on Schedule A of this certification the name, address and identification number of each subcontractor exceeding the $300,000 sales threshold during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made.

☐ The contractor has one or more subcontractors, and each subcontractor has informed the contractor that, as of the date of this certification, it has not made sales delivered by any means to locations within New York State of tangible personal property or taxable services having a cumulative value in excess of $300,000 during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made.

**Part V. Subcontractor affiliate registration status**

☐ The contractor has one or more subcontractors, and each subcontractor has informed the contractor that, as of the date of this certification, it does not have any affiliates.

☐ The contractor has one or more subcontractors, and each subcontractor has informed the contractor of whether or not, as of the date of this certification, it has any affiliates having made sales delivered by any means to locations within New York State of tangible personal property or taxable services having a cumulative value in excess of $300,000 during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made. Each subcontractor informing the contractor that it has one or more affiliates having made sales in excess of the $300,000 threshold during such periods has further informed the contractor that each such affiliate is registered for New York State and local sales and compensating use tax purposes with the Commissioner of Taxation and Finance pursuant to sections 1134 and 1253 of the Tax Law. The contractor has listed on Schedule A of this certification the name, address and identification number of each affiliate exceeding the $300,000 sales threshold during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made.

☐ The contractor has one or more subcontractors, and each subcontractor has informed the contractor that, as of the date of this certification, it has no affiliate having made sales delivered by any means to locations within New York State of tangible personal property or taxable services having a cumulative value in excess of $300,000 during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made.

Sworn to this 10th day of November 20 05

_____  
(signature)

_____Vice president_____  
(title)

Individual, Corporation, Partnership, or LLC Acknowledgment

STATE OF New York
COUNTY OF Orange } SS.:

On the day 10th of November in the year 2005, before me personally appeared Cheryl Freed, known to me to be the person who executed the foregoing instrument, who, being duly sworn by me did depose and say that

She resides at Airmont, NY (11 S. Debaun St),
Town of Ramapo,
County of Rockland,
State of New York; and further that:

[Mark an X in the appropriate box and complete the accompanying statement.]

☐ (If an individual): _he executed the foregoing instrument in his/her name and on his/her own behalf.

☒ (If a corporation): _he is the Vice President of Rockland Vending Corp, the corporation described in said instrument; that, by authority of the Board of Directors of said corporation, _he is authorized to execute the foregoing instrument on behalf of the corporation for purposes set forth therein; and that, pursuant to that authority, _he executed the foregoing instrument in the name of and on behalf of said corporation as the act and deed of said corporation.

☐ (If a partnership): _he is the _____
of _____, the partnership described in said instrument; that, by the terms of said partnership, _he is authorized to execute the foregoing instrument on behalf of the partnership for purposes set forth therein; and that, pursuant to that authority, _he executed the foregoing instrument in the name of and on behalf of said partnership as the act and deed of said partnership.

☐ (If a limited liability company): _he is a duly authorized member of, _____ LLC, the limited liability company described in said instrument; that _he is authorized to execute the foregoing instrument on behalf of the limited liability company for purposes set forth therein; and that, pursuant to that authority, _he executed the foregoing instrument in the name of and on behalf of said limited liability company as the act and deed of said limited liability company.

_Elizabeth A Reilly_
Notary Public

Registration No. _____

ELIZABETH A. REILLY
Notary Public, State of New York
No. 01RE6017338
Qualified in Orange County
Commission Expires December 14, 2006

Page 4 of 6  ST-220 (1/05)

## Schedule A — List of affiliates, subcontractors, and affiliates of subcontractors

| A<br>Relationship to Contractor | B<br>Name | C<br>Address | D<br>ID Number | E<br>Sales Tax ID Number | F<br>Proof of Registration |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | N/A | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Column A — Enter C if the contractor; do not complete columns C, D, and E. Enter A if an affiliate of the contractor; S if a subcontractor; or SA if an affiliate of a subcontractor, and complete columns B through F.

Column B — Name - If person is a corporation or limited liability company, enter the exact legal name as registered with the NY Department of State. If person is a partnership or sole proprietor, enter the name of the partnership and each partner's given name, or the given name(s) of the owner(s), as applicable. If person has a different DBA (doing business as) name, enter that name as well.

Column C — Address - Enter the street address of person's principal place of business. Do not enter a PO box.

Column D — ID number - Enter the federal identification number assigned to the person or person's business, as applicable.

Column E — Sales tax ID number - Enter only if different from federal ID number in column D.

Column F — Enter CA if a paper copy of the certificate of authority is attached; or RC if person is registered with DTF and has confirmed this status with DTF.

### Privacy notification

The Commissioner of Taxation and Finance may collect and maintain personal information pursuant to the New York State Tax Law, including but not limited to, sections 5-a, 171, 171-a, 287, 308, 429, 475, 505, 697, 1096, 1142, and 1415 of that Law; and may require disclosure of social security numbers pursuant to 42 USC 405(c)(2)(C)(i).

This information will be used to determine and administer tax liabilities and, when authorized by law, for certain tax offset and exchange of tax information programs as well as for any other lawful purpose.

Information concerning quarterly wages paid to employees is provided to certain state agencies for purposes of fraud prevention, support enforcement, evaluation of the effectiveness of certain employment and training programs and other purposes authorized by law.

Failure to provide the required information may subject you to civil or criminal penalties, or both, under the Tax Law.

This information is maintained by the Director of Records Management and Data Entry, NYS Tax Department, W A Harriman Campus, Albany NY 12227; telephone 1 800 225-5829. From areas outside the United States and outside Canada, call (518) 485-6800.

# Instructions

## General information

On August 20, 2004, New York State enacted section 5-a of the Tax Law requiring persons awarded contracts valued at more than $15,000 with state agencies, public authorities or public benefit corporations to certify that they, their affiliates, their subcontractors, and the affiliates of their subcontractors have a valid certificate of authority to collect New York State and local sales and compensating use taxes. A contractor, affiliate, subcontractor or affiliate of a subcontractor must be certified as having a valid certificate of authority if such person makes, or has made, aggregate sales delivered within New York State of more than $300,000 during the four quarterly periods ending on the last day of February, May, August, and November which immediately precede the quarterly period in which this certification is made. A contractor must use Form ST-220, *Contractor Certification*, to make this certification before the contract may be approved by the Office of the State Comptroller (OSC), or other contract approver if OSC is not required to approve the contract.

This statute applies to contracts resulting from solicitations to purchase issued by governmental entities on or after January 1, 2005. In the case of contracts resulting from issuance of an invitation for bid (IFB) or a request for proposal (RFP), the statute would apply if the IFB or RFP was first issued on or after January 1, 2005. The statute would not apply if the bid document was first issued before January 1, 2005, even if the bid document was amended, or the resulting contract was awarded, approved, amended, or extended after January 1, 2005.

The statute does not apply to purchases from preferred sources. For additional information, please see Publication 222, *Questions and Answers Concerning Tax Law Section 5-a*.

## Definition of terms associated with section 5-a

The following is a partial list. Please see Publication 222 for additional information.

A *contractor* is defined as a person awarded a contract by a covered agency.

The term *person* is defined as any entity in business for either profit or not-for-profit purposes, and can refer to an individual, partnership, limited liability company, society, association, joint stock company, or corporation.

A *covered agency* is defined as New York State or any department, board, bureau, commission, division, office, council or agency of New York State; public authorities and public benefit corporations. The State Legislature, the Judiciary, Department of Law, Office of State Comptroller, State Education Department, State University of New York and the senior colleges of City University of New York are included in this definition.

An *affiliate* is an entity which, through stock ownership or any other affiliation, directly, indirectly or constructively, controls another entity, is controlled by another entity, or is, along with another entity, under the control of a common parent company.

A *subcontractor* is an entity specifically engaged by a contractor or another subcontractor to provide commodities or perform services necessary to allow a contractor to fulfill a particular contract with a covered agency.

*Commodities* means, other than with respect to contracts for State printing, material goods, supplies, products, construction items or other standard articles of commerce other than technology which are the subject of any purchase or other exchange.

*Tangible personal property* means physical personal property, of any nature, that has a material existence and is perceptible to the human senses. Tangible personal property includes, without limitation: (1) raw materials, such as wood, metal, rubber and minerals; (2) manufactured items, such as gasoline, oil, diesel motor fuel and kero-jet fuel, chemicals, jewelry, furniture, machinery and equipment, parts, tools, supplies, computers, clothing, motor vehicles, boats, yachts, appliances, lighting fixtures, building materials; (3) pre-written off-the-shelf software; (4) artistic items such as sketches, paintings, photographs, moving picture films and recordings; (5) animals, trees, shrubs, plants and seeds; (6) bottled water, soda and beer; (7) candy and confections; (8) cigarettes and tobacco products; (9) cosmetics and toiletries; (10) coins and other numismatic items, when purchased for purposes other than for use as a medium of exchange; (11) postage stamps, when purchased for purposes other than mailing; and (12) precious metals in the form of bullion, ingots, wafers and other forms.

## Completing Form ST-220

## Identification Information

Contractor name: Enter the exact legal name of the person or entity who is contracting to provide commodities or services to a covered agency of New York State. This is the name registered with the New York Department of State.

Contractor's principal place of business: Enter a street address, not a PO box number.

Mailing address: Enter the address where contractor receives mail, if different than the principal place of business.

Contracting state agency: Enter the state agency awarding the contract to the contractor.

Certification statement: If the contractor is a corporation, the statement must be completed by the president, vice president, treasurer, assistant treasurer, chief accounting officer, or other officer authorized by the corporation. If the contractor is a partnership, the statement must be completed by a partner or person authorized by the partnership. If the contractor is a limited liability company, the statement must be completed by a member of the LLC and be authorized by the LLC.

## Part I – Contract services not pursuant to Tax Law section 5-a

If the services to be performed under the contract are not services within the meaning of Tax Law section 5-a, mark an **X**. You do not have to complete Parts II through V. You must sign and have the certification acknowledged.

For procurement law purposes, *services* means, other than with respect to contracts for State printing, the performance of a task or tasks, and may include a material good or a quantity of material goods, and which is the subject of any purchase or other exchange. For procurement law purposes, technology is a service. The term *services* for procurement law purposes does not apply to contracts for architectural, engineering or surveying services, or to contracts with not-for-profit organizations approved in accordance with Article eleven-B of the State Finance Law.

The term *taxable services* for New York State and local sales and compensating use tax law purposes includes, but is not limited to: 1) providing information by printed, mimeographed or multigraphed matter or by duplicating written or printed manner in any other

Page 6 of 6  ST-220 (1/05)

manner; 2) processing, assembling, fabricating, printing or imprinting tangible personal property furnished by a customer who did not purchase the tangible personal property for resale; 3) installing, maintaining, servicing, or repairing tangible personal property that is not held for sale by the purchaser of the service in the regular course of business (for example, servicing automobiles, installing appliances, and repairing radio and television sets); 4) storing tangible personal property that is not being held for sale; 5) renting safe deposit boxes, vaults, and similar storage facilities; 6) maintaining, servicing, or repairing real property both inside and outside buildings (for example, cleaning, painting, gardening, snow plowing, trash removal, and general repairs); 7) providing parking, garaging, or storing services for motor vehicles; 8) interior decorating and designing; 9) protective or detective services; and 10) entertainment or information services provided by means of telephony or telegraphy.

### Parts II through V

If the contract is covered under Tax Law section 5-a, you must mark an X in one box in each of these parts. You must also sign and have the certification acknowledged, and complete Schedule A.

### Schedule A

#### Column A – Relationship to the contractor

The contractor should enter a C. It is not necessary for the contractor to complete columns C through E since this information has been provided on page 1.

If the person listed in column B is an affiliate of the contractor, enter an A; if a subcontractor, enter an S; if an affiliate of a subcontractor, enter SA.

#### Column B – Name

Enter the exact legal name as registered with the New York Department of State of each corporation or limited liability company. If the person is a partnership or sole proprietor, enter each partner's or the owner's given name. If the person uses a different name or DBA (doing business as), enter that name as well.

#### Column C – Address

Enter the street address of the person's principal place of business. Do not enter a PO box.

#### Column D – ID number

If the person listed in column B is an individual, enter the social security number of that person. Otherwise enter the employer identification number (EIN) assigned to the person.

#### Column E – Sales tax ID number

Enter the sales tax identification number, if different from the federal identification.

#### Column F – Proof of registration

Enter CA and attach a copy of the certificate of authority for the person.

If the certificate of authority is not readily available and if the person is registered with the Department of Taxation and Finance and has confirmed this status with the DTF, enter RC.

Return a signed and acknowledged original Form ST-220, and a copy, with the contract to the procuring state agency.

# New York State

# Vendor Responsibility Questionnaire

A contracting agency is required to conduct a review of a prospective contractor to provide reasonable assurances that the vendor is responsible. This questionnaire is designed to provide information to assist a contracting agency in assessing a vendor's responsibility prior to entering into a contract with the vendor. Vendor responsibility is determined by a review of each bidder or proposer's authorization to do business in New York, business integrity, financial and organizational capacity, and performance history.

**Prospective contractors must answer every question contained in this questionnaire.** Each "Yes" response requires additional information. The vendor must attach a written response that adequately details each affirmative response. The completed questionnaire and attached responses will become part of the procurement record.

It is imperative that the person completing the vendor responsibility questionnaire be knowledgeable about the proposing contractor's business and operations as the questionnaire information must be attested to by an owner or officer of the vendor. **Please read the certification requirement at the end of this questionnaire.**

## STATE OF NEW YORK
## VENDOR RESPONSIBILITY QUESTIONNAIRE

**1. VENDOR IS:** [X] PRIME CONTRACTOR  [ ] SUB-CONTRACTOR

**2. VENDOR'S LEGAL BUSINESS NAME:** Rockland Vending Corp, 1 Sanford Ave

**3. IDENTIFICATION NUMBERS**
 a) FEIN # 133208691
 b) DUNS #

**4. D/B/A – Doing Business As (if applicable) & COUNTY FILED:**

**5. WEBSITE ADDRESS (if applicable):**

**6. ADDRESS OF PRIMARY PLACE OF BUSINESS/EXECUTIVE OFFICE:** 1 Sanford Ave, Chester NY 10918

**7. TELEPHONE NUMBER:** 845-469-7550

**8. FAX NUMBER:** 845-469-7080

**9. ADDRESS OF PRIMARY PLACE OF BUSINESS/EXECUTIVE OFFICE IN NEW YORK STATE, if different from above:**

**10. TELEPHONE NUMBER:**

**11. FAX NUMBER:**

**12. PRIMARY PLACE OF BUSINESS IN NEW YORK STATE IS:** [ ] Owned  [X] Rented

If rented, please provide landlord's name, address, and telephone number below:
Tiger Lily Ventures – Jack Kaney Jr.
9 Parkway
Goshen NY 10924
845-551-7846

**13. AUTHORIZED CONTACT FOR THIS QUESTIONNAIRE**
Name: Cheryl Freed
Title: Vice president
Telephone Number: 845.469.7550
Fax Number: 845.469.7080
e-mail: cheryl.rockvend@frontiernet.net

**14. VENDOR'S BUSINESS ENTITY IS:**

| | Type | Date | State/Other |
|---|---|---|---|
| a) [X] | Business Corporation | Date of Incorporation 1981 | State of Incorporation New York |
| b) [ ] | Sole Proprietor | Date Established | |
| c) [ ] | General Partnership | Date Established | |
| d) [ ] | Not-for-Profit Corporation | Date of Incorporation | State of Incorporation / Charities Registration Number |
| e) [ ] | Limited Liability Company (LLC) | Date Established | |
| f) [ ] | Limited Liability Partnership | Date Established | |
| g) [ ] | Other – Specify: | Date Established | Jurisdiction Filed (if applicable) |

* If not incorporated in New York State, please provide a copy of authorization to do business in New York.

**15. PRIMARY BUSINESS ACTIVITY** – (Please identify the primary business categories, products or services provided by your business)
Vending / Food service

**16. NAME OF WORKERS' COMPENSATION INSURANCE CARRIER:**
Mercantile Self Ins. Trust

**17. LIST ALL OF THE VENDOR'S PRINCIPAL OWNERS AND THE THREE OFFICERS WHO DIRECT THE DAILY OPERATIONS OF THE VENDOR** (Attach additional pages if necessary):

| a) NAME (print) | TITLE | b) NAME (print) | TITLE |
|---|---|---|---|
| Michael Freed | President | | |
| c) NAME (print) | TITLE | d) NAME (print) | TITLE |
| Cheryl Freed | Vice president | | |

Issued: November 1, 2004            page 1 of 6

STATE OF NEW YORK
VENDOR RESPONSIBILITY QUESTIONNAIRE

FEIN #

A DETAILED EXPLANATION IS REQUIRED FOR EACH QUESTION ANSWERED WITH A "YES," AND MUST BE PROVIDED AS AN ATTACHMENT TO THE COMPLETED QUESTIONNAIRE. YOU MUST PROVIDE ADEQUATE DETAILS OR DOCUMENTS TO AID THE CONTRACTING AGENCY IN MAKING A DETERMINATION OF VENDOR RESPONSIBILITY. PLEASE NUMBER EACH RESPONSE TO MATCH THE QUESTION NUMBER.

| # | Question | Yes | No |
|---|---|---|---|
| 18. | Is the vendor certified in New York State as a (check please):<br>☐ Minority Business Enterprise (MBE)<br>☐ Women's Business Enterprise (WBE)<br>☐ Disadvantaged Business Enterprise (DBE)?<br>*Please provide a copy of any of the above certifications that apply.* | ☐ | ☒ |
| 19. | Does the vendor use, or has it used in the past ten (10) years, any other Business Name, FEIN, or D/B/A other than those listed in items 2-4 above?<br>*List all other business name(s), Federal Employer Identification Number(s) or any D/B/A names and the dates that these names or numbers were/are in use. Explain the relationship to the vendor.* | ☐ | ☒ |
| 20. | Are there any individuals now serving in a managerial or consulting capacity to the vendor, including principal owners and officers, who now serve or in the past three (3) years have served as: | | |
| | a) An elected or appointed public official or officer?<br>*List each individual's name, business title, the name of the organization and position elected or appointed to, and dates of service.* | ☐ | ☒ |
| | b) A full or part-time employee in a New York State agency or as a consultant, in their individual capacity, to any New York State agency?<br>*List each individual's name, business title or consulting capacity and the New York State agency name, and employment position with applicable service dates.* | ☐ | ☒ |
| | c) If yes to item #20b, did this individual perform services related to the solicitation, negotiation, operation and/or administration of public contracts for the contracting agency?<br>*List each individual's name, business title or consulting capacity and the New York State agency name, and consulting/advisory position with applicable service dates. List each contract name and assigned NYS number.* | ☐ | ☐ |
| | d) An officer of any political party organization in New York State, whether paid or unpaid?<br>*List each individual's name, business title or consulting capacity and the official political party position held with applicable service dates.* | ☐ | ☒ |

STATE OF NEW YORK
VENDOR RESPONSIBILITY QUESTIONNAIRE

FEIN #

21. Within the past five (5) years, has the vendor, any individuals serving in managerial or consulting capacity, principal owners, officers, major stockholder(s) (10% or more of the voting shares for publicly traded companies, 25% or more of the shares for all other companies), affiliate[1] or any person involved in the bidding or contracting process:

a) 
1. been suspended, debarred or terminated by a local, state or federal authority in connection with a contract or contracting process;   **Yes** ☐  **No** ☒
2. been disqualified for cause as a bidder on any permit, license, concession franchise or lease;
3. entered into an agreement to a voluntary exclusion from bidding/contracting;
4. had a bid rejected on a New York State contract for failure to comply with the MacBride Fair Employment Principles;
5. had a low bid rejected on a local, state or federal contract for failure to meet statutory affirmative action or M/WBE requirements on a previously held contract;
6. had status as a Women's Business Enterprise, Minority Business Enterprise or Disadvantaged Business Enterprise denied, de-certified, revoked or forfeited;
7. been subject to an administrative proceeding or civil action seeking specific performance or restitution in connection with any local, state or federal government contract;
8. been denied an award of a local, state or federal government contract, had a contract suspended or had a contract terminated for non-responsibility; or
9. had a local, state or federal government contract suspended or terminated for cause prior to the completion of the term of the contract?

b) been indicted, convicted, received a judgment against them or a grant of immunity for any business-related conduct constituting a crime under local, state or federal law including but not limited to, fraud, extortion, bribery, racketeering, price-fixing, bid collusion or any crime related to truthfulness and/or business conduct?   **Yes** ☐  **No** ☒

c) been issued a citation, notice, violation order, or are pending an administrative hearing or proceeding or determination for violations of:   **Yes** ☐  **No** ☒
1. federal, state or local health laws, rules or regulations, including but not limited to Occupational Safety & Health Administration (OSHA) or New York State labor law;
2. state or federal environmental laws;
3. unemployment insurance or workers' compensation coverage or claim requirements;
4. Employee Retirement Income Security Act (ERISA);
5. federal, state or local human rights laws;
6. civil rights laws;
7. federal or state security laws;

STATE OF NEW YORK
VENDOR RESPONSIBILITY QUESTIONNAIRE

FEIN #

|   |   | Yes | No |
|---|---|---|---|
|   | 8. federal Immigration and Naturalization Services (INS) and Alienage laws; <br> 9. state or federal anti-trust laws; or <br> 10. charity or consumer laws? <br> *For any of the above, detail the situation(s), the date(s), the name(s), title(s), address(es) of any individuals involved and, if applicable, any contracting agency, specific details related to the situation(s) and any corrective action(s) taken by the vendor.* |   |   |
| 22. | In the past three (3) years, has the vendor or its affiliates[1] had any claims, judgments, injunctions, liens, fines or penalties secured by any governmental agency? <br> *Indicate if this is applicable to the submitting vendor or affiliate. State whether the situation(s) was a claim, judgment, injunction, lien or other with an explanation. Provide the name(s) and address(es) of the agency, the amount of the original obligation and outstanding balance. If any of these items are open, unsatisfied, indicate the status of each item as "open" or "unsatisfied."* | ☐ | ☒ |
| 23. | Has the vendor (for profit and not-for profit corporations) or its affiliates[1], in the past three (3) years, had any governmental audits that revealed material weaknesses in its system of internal controls, compliance with contractual agreements and/or laws and regulations or any material disallowances? <br> *Indicate if this is applicable to the submitting vendor or affiliate. Detail the type of material weakness found or the situation(s) that gave rise to the disallowance, any corrective action taken by the vendor and the name of the auditing agency.* | ☐ | ☒ |
| 24. | Is the vendor exempt from income taxes under the Internal Revenue Code? <br> *Indicate the reason for the exemption and provide a copy of any supporting information.* | ☐ | ☒ |
| 25. | During the past three (3) years, has the vendor failed to: |   |   |
|   | a) file returns or pay any applicable federal, state or city taxes? <br> *Identify the taxing jurisdiction, type of tax, liability year(s), and tax liability amount the vendor failed to file/pay and the current status of the liability.* | ☐ | ☒ |
|   | b) file returns or pay New York State unemployment insurance? <br> *Indicate the years the vendor failed to file/pay the insurance and the current status of the liability.* | ☐ | ☒ |
| 26. | Have any bankruptcy proceedings been initiated by or against the vendor or its affiliates[1] within the past seven (7) years (whether or not closed) or is any bankruptcy proceeding pending by or against the vendor or its affiliates regardless of the date of filing? <br> *Indicate if this is applicable to the submitting vendor or affiliate. If it is an affiliate, include the affiliate's name and FEIN. Provide the court name, address and docket number. Indicate if the proceedings have been initiated, remain pending or have been closed. If closed, provide the date closed.* | ☐ | ☒ |

STATE OF NEW YORK
VENDOR RESPONSIBILITY QUESTIONNAIRE

FEIN #

| | | Yes | No |
|---|---|---|---|
| 27. | Is the vendor currently insolvent, or does vendor currently have reason to believe that an involuntary bankruptcy proceeding may be brought against it? *Provide financial information to support the vendor's current position, for example, Current Ratio, Debt Ratio, Age of Accounts Payable, Cash Flow and any documents that will provide the agency with an understanding of the vendor's situation.* | | X |
| 28. | Has the vendor been a contractor or subcontractor on any contract with any New York State agency in the past five (5) years? *List the agency name, address, and contract effective dates. Also provide state contract identification number, if known.* | X | |
| 29. | In the past five (5) years, has the vendor or any affiliates[1]:<br>a) defaulted or been terminated on, or had its surety called upon to complete, any contract (public or private) awarded;<br>b) received an overall unsatisfactory performance assessment from any government agency on any contract; or<br>c) had any liens or claims over $25,000 filed against the firm which remain undischarged or were unsatisfied for more than 90 days ?<br>*Indicate if this is applicable to the submitting vendor or affiliate. Detail the situation(s) that gave rise to the negative action, any corrective action taken by the vendor and the name of the contracting agency.* | | X |

28. NYS office of Children + Family Sves.
Commission for Blind + Visually Handicapped
Capital View office park
South Bldg Room 201
52 Washington St.
Rensselaer NY
12144-2796

Contract # XDS 1055
Bid # 1309
Contract effective date.
6/1/05

---

[1] "Affiliate" meaning: (a) any entity in which the vendor owns more than 50% of the voting stock; (b) any individual, entity or group of principal owners or officers who own more than 50% of the voting stock of the vendor; or (c) any entity whose voting stock is more than 50% owned by the same individual, entity or group described in clause (b). In addition, if a vendor owns less than 50% of the voting stock of another entity, but directs or has the right to direct such entity's daily operations, that entity will be an "affiliate" for purposes of this questionnaire.

Issued: November 1, 2004         page 5 of 6

STATE OF NEW YORK
VENDOR RESPONSIBILITY QUESTIONNAIRE

FEIN #

State of: New York )
                   ) ss:
County of: Orange )

CERTIFICATION:

The undersigned recognizes that this questionnaire is submitted for the express purpose of assisting the State of New York or its agencies or political subdivisions in making a determination regarding an award of contract or approval of a subcontract; acknowledges that the State or its agencies and political subdivisions may in its discretion, by means which it may choose, verify the truth and accuracy of all statements made herein; acknowledges that intentional submission of false or misleading information may constitute a felony under Penal Law Section 210.40 or a misdemeanor under Penal Law Section 210.35 or Section 210.45, and may also be punishable by a fine and/or imprisonment of up to five years under 18 USC Section 1001 and may result in contract termination; and states that the information submitted in this questionnaire and any attached pages is true, accurate and complete.

The undersigned certifies that he/she:
- has not altered the content of the questions in the questionnaire in any manner;
- has read and understands all of the items contained in the questionnaire and any pages attached by the submitting vendor;
- has supplied full and complete responses to each item therein to the best of his/her knowledge, information and belief;
- is knowledgeable about the submitting vendor's business and operations;
- understands that New York State will rely on the information supplied in this questionnaire when entering into a contract with the vendor; and
- is under duty to notify the procuring State Agency of any material changes to the vendor's responses herein prior to the State Comptroller's approval of the contract.

Name of Business: Rockland Vending    Signature of Owner/Officer: [signature]
Address: 1 Sanford Ave                Printed Name of Signatory: Cheryl Freed
City, State, Zip: Chester NY 10918    Title: Vice President

Sworn to before me this 10th day of November, 2005;

[signature]
Notary Public

ELIZABETH A. REILLY
Notary Public, State of New York
No. 01RE6017338
Qualified in Orange County
Commission Expires December 14, 2006

Print Name: Cheryl Freed
Signature: [signature]
Date: 11/10/05

Issued: November 1, 2004        page 6 of 6