# EXHIBIT 3 TO AFFIDAVIT OF MICHAEL FREED

----- Original Message -----
From: "Mike Freed" <mfreed@rovenco.com>
To: <RPCreen@DOCS.STATE.NY.US>
Sent: Friday, February 02, 2007 3:13 PM
Subject: Re: DECEMBER COMMISSION


> Good afternoon Roxann; We have a major problem. I did not bring this to
> your attention until we were definite. I would appreciate any assistance.
>
> We are somehow getting ripped off on sales from the two refrigerated food
> merchandisers in your visiting room. We have no idea yet how it is
> occurring. We are tracking every item we are putting in the food machines
> at each facility and at Shawangunk, we have been short in the two
> refrigerated food merchandisers between $250.00 and $450.00 in our gross
> sales every week for the past four weeks I am sure that the problem has
> existed prior to this but we are now checking each week, item for item.
>
> We have checked the machines thoroughly for any malfunction and we have
> not found any problem. We changed the locks in both machines today in case
> someone may have a key. If you could shed any light on anything any of the
> CO's might have seen or may be aware of, it would be most helpful. Perhaps
> they are aware of some free vending or other
>
> We are reviewing all our correctional facilities and most are correct. One
> other facility is having shortages but Shawangunk is definitely the
> largest shortage per week. I will keep you advised in the coming weeks as
> to the status of these shortages.
>

3