# EXHIBIT 4 TO AFFIDAVIT OF MICHAEL FREED

# Michael Sussman

**From:** "Michael Freed" <mfreed@rovenco.com>
**To:** "Michael Sussman" <Sussman1@frontiernet.net>
**Sent:** Wednesday, June 20, 2007 2:39 PM
**Subject:** Fw: DECEMBER COMMISSION

FYI

----- Original Message -----
From: "Mike Freed" <mfreed@rovenco.com>
To: <RPCreen@DOCS.STATE.NY.US>
Cc: <NEFerri@DOCS.STATE.NY.US>
Sent: Friday, February 09, 2007 11:57 AM
Subject: Fw: DECEMBER COMMISSION


> Good afternoon Roxanne, How are you?
>
> I just received this weeks accounting for all the product in your
> refrigerated food machines from Friday Feb 2nd to Thursday Feb 8th. After
> changing the lock on the left side refrigerated food merchandiser, the
> shortage this week was $79.55 which is considerably less then the four
> previous weeks (-$417.80, -$248.50,   -$452.00, -$356.30) that we have
> been tracking the products. Since we installed the new lock Friday
> afternoon, we are hopeful that we may have uncovered a problem and
> corrected it. However, it would also indicate that for an long time,
> someone may have been taking upwards of 200 food items out of our food
> machine every week. I am not accusing anyone at this point but rather I am
> trying hard to solve this problem so we can once again become profitable
> which will allow us to provide the services as per our contract.
>
> I was hoping to hear from you this week and see if you had heard anything
> about this. It is extremely important to us. Please advise if you had a
> chance to speak to your staff and if anyone may have noticed anything that
> might shed some light on this situation. We will continue to pay close
> attention to this and will advise if the shortages reappear next week. We
> will be tracking every item in every machine and will be reconciling our
> inventories every Friday afternoon.
>
> Thanks again for your help and your attention to this matter.
>
>
>
> ----- Original Message -----
> From: "Mike Freed" <mfreed@rovenco.com>
> To: <RPCreen@DOCS.STATE.NY.US>
> Sent: Friday, February 02, 2007 3:13 PM
> Subject: Re: DECEMBER COMMISSION
>