UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCKLAND VENDING CORP., KENNETH GALLAGHER,<br><br>*Plaintiffs*,<br><br>-against-<br><br>ROXANNE CREEN, sued in her individual capacity, MARSHA F. RILEY, sued in her individual capacity, STEWART KIDDER, sued in his individual capacity,<br><br>*Defendants.* | **NOTICE OF MOTION**<br><br>07 CV 6268 (KMK)(MDF)<br><br>(Electronically Filed) |

TO:   Michael H. Sussman
      Sussman & Watkins
      40 Park Place
      Goshen, New York 10924

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Rule 56.1 Statement, Affirmation of Daniel Schulze, with exhibits thereto, and the Affidavit of Michael Freed previously filed by plaintiffs in this action, with exhibits thereto, defendants Roxann Creen, Marsha F. Riley, and Stewart Kidder, by their attorney Andrew M. Cuomo, Attorney General of the State of New York, hereby move for an order pursuant to FRCP 56 dismissing all claims in the action.

Pursuant to the schedule set by the Court and the agreement of the parties, any opposing affidavits and answering memoranda must be served on or before May 1, 2008. Oral argument, if requested by the Court, shall be on a date and at a time designated by the Court.

Dated: New York, New York
April 10, 2008

                    ANDREW M. CUOMO
                    Attorney General of the State of New York
                    <u>Attorney for Defendants</u>
                    By:


                    _____/s/_____
                    DANIEL SCHULZE
                    Assistant Attorney General
                    120 Broadway - 24th Floor
                    New York, New York  10271
                    (212) 416-6557