STATE OF NEW YORK
DEPARTMENT OF CORRECTIONAL SERVICES

**LINCOLN CORRECTIONAL FACILITY**
31 West 110th Street
New York, New York 10026-4398
212-860-9400



NYS Dept. of Correctional Services
RECEIVED
APR 02 2007
Division of Support Operations

BRIAN FISCHER
COMMISSIONER

JOSEPH V. WILLIAMS
SUPERINTENDENT

March 27, 2007

Michael Freed, President
Rockland Vending Corporation
1 Sanford Avenue
Chester, NY 10918

Dear Mr. Freed:

Lincoln Correctional Facility will not be extending their contract for an additional one year period, because of failure to submit commissions in a timely manner. The last time commissions were submitted to our facility was up to **November 23, 2006**. I have spoken with you concerning this matter on March 13, 2007 when I responded to the letter received from Mr. Stewart R. Kidder, Director of Support Operation regarding Vending Machines. Also, attached is a letter dated November 9, 2006 from Mr. Kidder stating your delinquency with several facilities commission checks. At the present time your corporation is behind **four months.**

Since you are continuously having problems submitting your commission in the specified time period as stated below per contract:
    Detailed Specifications – Pg. 3 – Section 14 – specifies "**Contractor agrees to pay the FACILITY 15% of total gross sales by the 10th of the following month....**"
We have no alternative but to terminate your contract effective **May 31, 2007** for failure to submit commissions in a timely manner.

Please feel free to contact me at the above number extension 3100, if you would like to discuss this matter further.

Sincerely,

Marsha F. Riley
Institution Steward

cc: Enc.
    Nannette Ferri, Support Operations
    Executive Team
    File