

STATE OF NEW YORK
DEPARTMENT OF CORRECTIONAL SERVICES

**LINCOLN CORRECTIONAL FACILITY**
31 West 110th Street
New York, New York 10026-4398
212-860-9400

BRIAN FISCHER
COMMISSIONER

JOSEPH V. WILLIAMS
SUPERINTENDENT

May 4, 2007

Michael Freed, President
Rockland Vending Corp.
1 Sanford Avenue
Chester, NY 10918

Re: Contract #X003601 Termination

Dear Mr. Freed:

This is an official notification of the **termination** of your contract for vending services due to failure to submit commissions in a timely manner in spite of repeated notifications to correct in accordance with Article 8:.

> 8. TERMINATION: This agreement may be terminated at any time by the FACILITY upon written notice of termination to the CONTRACTOR, if the CONTRACTOR fails to comply with the terms and conditions of this AGREEMENT and/or with any laws, rules, regulations, policies or procedures affecting this AGREEMENT.

You are hereby notified that you must remove your machines by **2:00 PM on May 30, 2007**. **The January 24th - February 23rd, February 24th – March 23rd, and March 24th – April 23rd commission payments must be in cash or money order and paid no later than May 10, 2007.** The commission owed for April 24th - May 30, 2007 must be paid by June 10, 2007.

Sincerely,

Marsha F. Riley
Institution Steward

cc: Executive Team
    Nannette Ferri, Support Operations
    Edward Jones, HAC
    Marjorie Golding, PAC
    File