```
*** REQUESTOR: 999CNSGAG    Glassanos, George    Cen - Coun.    ***
***************************************************************************
***                  S Y S M   O U T B A S K E T   P R I N T            ***

MESSAGE ID: 265913A      DATE: 05/08/07  TIME: 16:25      PRIORITY: 000

SUBJECT:     Reply to Rockland Vending
*** Original Author:  680STD - Creen, Roxann; 05/08/07 14:47
```

Mr. Glassanos -- This is to follow up today's conversation with Stew Kidder and Nan Ferrie regarding Rockland Vending. Rockland is currently two months behind (Feb & March) in commissions and space rental.. and on May 10th will also owe for the month of April, 2007. Tomorrow, we will meet the vending machine filler person and when the money is taken from the machines, it will be counted in front of the Rockland representative, receipted and signed by a facility staff member and by the representative. A receipt will be given to the Rockland Rep. to take back to the Company. We will then deposit the funds collected into the respective accounts. We have calculated an average monthly commission and will collect funds accordingly. We will advise how this method of "collection" works out.

*** Comments From: 999CNSGAG - Glassanos, George; 05/08/07 16:21
ROXANN: GOOD...DO NOT LET THE REP WALK AWAY WITH THE STATE'S MONEY. IF THERE IS ANY RESISTANCE, SHO THE REP THE DOOR, IMPOUND THE MACHINE AND EXERCISE THE STATE'S RIGHT TO LOCATE AN ALT SOURCE,. YOU ARE WITHIN THE STATE'S RIGHT OF SELF HELP TO RETAIN POSSESSION OF THE MACHINE UNTIL THE VENDOR CURES HIS DEFAULT.

```
Sent to:    680STD              Creen, Roxann              (to)
```

D0031