# Register

**INMATE BENEFIT**  Page 1
1/8/2008

| Date | Num | Transaction | Spend | C | Receive | Balance |
|---|---|---|---|---|---|---|
| 1/10/2007 |  | DEPOSIT FACILITY PURCHASE OF ...<br>memo: A061229 CK# 10263 |  | R | 8.58 | 39.35 |
| 1/10/2007 | 5380 | OT06-144 POSTMASTER (POSTAGE)<br>memo: MOVIES UNLIMITED | 4.05 | R |  | 35.30 |
| 1/11/2007 |  | DEPOSIT P/C A061229 - MOVIES |  | R | 8.58 | 43.88 |
| 1/11/2007 | 5390 | OT06-146 NYS TAX & FINANCE<br>memo: OFFICE SUPPLIES | 25.19 | R |  | 18.69 |
| 2/6/2007 | ✗ | DEPOSIT ROCKLAND VENDING<br>memo: R# 1970 CK# 22593 |  | R | 403.93 | 422.62 |
| 2/6/2007 | 5397 | 2/23/07 OT06-151 THRUWAY<br>memo: # 267452 COFFEE FILTERS | 1.79 | R |  | 420.83 |
| 2/9/2007 | 5402 | 2/23/07 OT06-153 MT. ELLIS<br>memo: # 11936501 TABLE CLOTHES | 42.87 | R |  | 377.96 |
| 3/12/2007 | 5406 | 3/13/07 OT06-157 HANNAFORD E#1<br>memo: DONUTS E#1 | 131.56 | R |  | 246.40 |
| 3/13/2007 | 5405 | OT06-158 BROOKSIDE - E#1<br>memo: FLOWER DELIVERY | 6.00 | R |  | 240.40 |
| 3/15/2007 | 5407 | BLOCKBUSTER - MOVIES | 36.00 | R |  | 204.40 |
| 3/19/2007 | ✗ | DEPOSIT ROCKLAND VENDING<br>memo: R# 1979 CK# 22740 |  | R | 533.07 | 737.47 |
| 3/27/2007 | 5415 | OT06-159 THRUWAY -E#1 - SODA<br>memo: 3 249061 (split w/eve) | 142.46 | R |  | 595.01 |
| 4/12/2007 | 5417 | OT06-166 DOCS FOOD PROD. E#1<br>memo: SE# ? | 64.73 | R |  | 530.28 |
| 4/23/2007 | 5428 | 4/25/07 OT07-010 HANAFORD E#2<br>memo: DONUT | 191.36 | R |  | 338.92 |
| 4/23/2007 | 5437 | 5/16/07 OT07-007 SYSCO E#2<br>memo: # 705070816 GARLIC | 5.49 | R |  | 333.43 |
| 4/23/2007 | 5444 | 6/11/07 OT07-008 SINON E#2<br>memo: # 1657 | 114.00 | R |  | 219.43 |
| 4/23/2007 | 5453 | 6/11/07 OT07-009 THRUWAY E#2<br>memo: # 44416 | 335.35 | R |  | -115.92 |
| 4/25/2007 | 5431 | 5/16/07 OT07-014 NYS DEPT. TAX<br>memo: SUPPLIES | 19.48 | R |  | -135.40 |
| 4/25/2007 | 5434 | 5/16/07 OT07-013 PERKINS/MT ELLIS<br>memo: # 12051734 TABLE CLOTH | 42.90 | R |  | -178.30 |
| 5/14/2007 | ✗ | DEPOSIT ROCKLAND VENDING<br>memo: CASH |  | R | 193.60 | 15.30 |
| 5/16/2007 | 5439 | OT07-019 BROOKSIDE E#2 FLOWER<br>memo: DEL. CHARGE | 6.00 | R |  | 9.30 |
| 6/12/2007 | ✗ | DEPOSIT ELLENVILLE VENDING<br>memo: R# 3409 |  | R | 332.88 | 342.18 |
| 6/13/2007 |  | TRANS FROM EVENT #2 LEFT IN EV.. |  | R | 372.85 | 715.03 |
| 7/9/2007 | 5467 | 7/19/07 OT07-036 SINON<br>memo: # 3380 | 114.00 | R |  | 601.03 |

D0147

Register

INMATE BENEFIT                                                                                  Page 2
1/8/2008

| Date | Num | Transaction | Spend | C | Receive | Balance |
|---|---|---|---|---|---|---|
| 7/9/2007 | 5477 | 8/2/07 OT07-037 THRUWAY E#3<br>memo  # 40921 FOOD E#3 | 107.76 | R | | 493.27 |
| 7/16/2007 | ✦ | DEPOSIT ELLENVILLE VENDING<br>memo  R#3417 CK51063 | | R | 519.52 | 1,012.79 |
| 7/19/2007 | | TRANSF OT07-020 PHOTO ACCT (..<br>memo  PHOTOS for event | 149.25 | R | | 863.54 |
| 7/19/2007 | 5462 | OT07-047 NYS DEPT TAX & FINANCE<br>memo  Storehouse supplies | 23.86 | R | | 839.68 |
| 7/19/2007 | 5468 | OT07-050 ALDERS Wholesale Florist<br>memo:  DELIVERY E#3 FLOWERS | 10.84 | R | | 828.84 |
| 8/2/2007 | | TRANSF FUNDS OT07-061 PHOTOS..<br>memo:  Photo acct. | 149.25 | R | | 679.59 |
| 8/2/2007 | 5478 | OT07-060 DOCS FOOD - EVENT#3<br>memo:  # SE-07-152 | 16.46 | R | | 663.13 |
| 8/10/2007 | ✦ | DEPOSIT ELLENVILLE VENDING R#...<br>memo:  CK# 51147 | | R | 551.74 | 1,214.87 |
| 8/10/2007 | | REFUND I/A# 87429 EVENT #3 TICK . | 11.85 | R | | 1,203.02 |
| 8/20/2007 | | TRANSF OT07-065 PHOTO COMM - .<br>memo.  2 packs film | 19.90 | R | | 1,183.12 |