| # | Name | Location | Time | Room | | Name |
|---|---|---|---|---|---|---|
| | Tahiis Muay | | | | | |
| 1 | Drew S | Dog | | | 5 | Wayne Mann |
| 6 | | W/L | 1:45 pm | A64 | 7 | Patrick Mur? |
| 5 | C Agor | SCF | 1:30 pm | MTG | 3 | Alex Erwin |
| 5 | Richard Zakk | 517 W36 NYC | 6P 7:30 | Bible Class | 5 | Sabrina Villegas |
| | Wednesday | May 2 | 2 OC 7 | | | Richard Sains |
| 5 | Navon Miskwa | Wallkill | 7:54 400 | | 5 | Nessa Oketo |
| 5 | K Coghaghe | Chester | 8:05 | UF NVC | 5 | Danielle Will |
| 5 | Ken Hosein | Liberty | 8:30 7:55 | B 80 | | Anthony Z |
| | L Zmirski | Middleburg | 6:35 7:20 | | | Anthony Burgess |
| 5 | Robert A Heath | Mullan 1/4 | 9:10 9:15 | | | Seonno ? |
| 5 | T Golden | SCF | 9:35 9:50 | TB field | | Rae Joy |
| 5 | George Banks | KH 5 | 9:45 10:50 | B51 | | Griffin |
| 5 | Jessica Benay | LOHS | 9:45 10:50 | B52 | | Keith Mere |
| 6 | Michelle Lucas | Stone Ridge | 9:45 10:50 | B53 | | Winzm |
| 5 | Jake Booth | Wallkill | 9:45 10:50 | B54 | | Devin Hanne |
| 5 | Robert Clark | Kingston | 10:45 10:50 | B55 | | Michael O'Shea |
| 5 | | Wallkill | 10:45 10:50 | B56 | | |

D0143

| | | | Name | Oth | L/R | HM | Ct/Room/Location |
|---|---|---|---|---|---|---|---|
| 5 | 2 | | George | Accord | 917 | 3/0 | 1672 |
| 5 | 2 | | John Jenkins | Accord | 217 310 | | B 73 |
| 5 | 2 | | Alex Cranburn | Accord | 217 310 | | B 74 |
| 5 | 2 | | George Williams | MLSM | 558 835 | | Chapel |
| 5 | 2 | | Wharton Volk | Pine Bsh | 6:00 | 7:35 | Showing Video Program B-066 |
| | 3 | | Turner | LMD | 730 | | A-051 |
| 5 | 3 | | J. Voght | HB | 738 | 3:54 | A-051 |
| | 3 | | Waleed Ahmed | Adirondack PT | 815 | 3:15 | P-T |
| | 3 | | Bill Garland | Kingston | 8:50 9:20 | | NEC B-051 |
| 5 | 3 | | WC Main | Albany NY | 6:00 10:35 | | B-052 |
| | 3 | | Michael Eusek | Pought-psie | 12:44 13:13 | | Service B-051 |
| 5 | 3 | | H Jones | ECF RT0 | 2PM 3PM | | DSS |
| 5 | 3 | | Albert W. Baxter | Pine Bush, NY | 5:96 845 | | Bible Study |
| 5 | 3 | | Carey Brown | New Paltz | 545 1030 | | AA |
| 5 | 4 | | Gallagher | Chester | 050950 | | Dental |
| 5 | 4 | | Wimp | SCF | 905 937 | | Payroll |
| | 4 | | Salvatore Engel DiMauro | New Paltz | 9:20 | 11:50 | Boat Lodge |

| | | | |
|---|---|---|---|
| Pat Connolly | Red Rof | | hall |
| Mike Murphy | 550 Broadway - Aircraft | 5:20 | B-066 |
| D. Hirsch | 550 Broadway (aircraft) | 9:27 / 1:52 | B-067 |
| A.I.E.CL | PDK | 1:55 / 3:17 | Maduul Pl B.062 |
| Stephen Punter | 17 R Linden Drive | 12:02 pm / 1:35 pm | Checkos light Ant'y |
| Keith O'Brien | Fleischmanns N.Y. | 5:55 / 7:35 | Gate Kevin Box 2 |
| T. Hollingshead | Sullivan C.F. | 7:00 / 2:40 | In Sean |
| La Boy | Ulster CF | 7:00 | Ion |
| Wilson | Eastern | 7:00 | Ion |
| Etan | Sullivan | 7:00 | Ial |
| R Callahan | Chester | | Denbury |
| W. Dockery | Litmus / Ricoh | 8:30/1:20 | Copier B-051 |
| W. Jones | ECF RTO | 9:25/10:45 10/A | DCS |
| M. Battaglia | Highland High | 10:00 2:30 | Yap B-100 |
| H Benjamin | Onteora High | 10:00 | YAP B-094 |
| M. Ruch | Stone Ridge | 10:00 | YAP B-098 |
| M. Connolly | Kingston High | 10:30 | YAP-B-097 |

| # | Name | Location | Time | Notes |
|---|---|---|---|---|
|  | Raymond Caputo | Rockland Vending |  | Bos1 |
|  | Jack Maguire | Highland | 1:45 | Locker 51 |
|  | Saturday May 19 2007 |  |  |  |
|  | Jose Renderos | Chester NY | 8:12  9:15 | Vending |
|  | Bo McGinnis | St. Joes N.P. | 9:10  10:30 |  |
|  | Tom Plicharcyk | Middletown NY | 9:40 10:10 | Pest Control B61 |
|  | Mongo O'Connor | Middletown N.Y. | 9:40 10:10 | Pest Control B60 |
|  | Bill Fisko | Walden NY | 9:50  11:10 | AA |
|  | Jose Renderos | Chester NY | 9:05 9:42 | Vending |
|  | Albert W. Baxter | Pine Bush, NY | 9:10 B35 | Professional Services |
|  | Bloellaclue | Chester | 12:00 3:00 | Vending |
|  | Lawrence Wilcox | Kirkville N.Y. | 9:30 3:37 | O.S.T |
|  | James I. Bloom | Elmira N.Y. | 9:25 3:30 | OJT |
|  | Courtney Ferris | Middletown NY | 7:34 3:34 | OJT |
|  | Paul Palmer | Plattsburg N.Y. | 7:35 3:30A | OJT |
|  | Rich Hobart | 69 West Quilly Kingston NY | 7:45 3:35 | OJT |
|  | Raymond Caputo | Rockland Vending | 11:40 2:10 | 8-072 |

D0146