*Shawangunk*

# Rockland Vending Corporation

- Cafeteria Management
- Full Line Vending
- In Plant Food Service
- Coffee Service
- 24 Hour Emergency Service

1 Sanford Avenue
Chester, NY 10918
(845) 469-7550
(201) 825-3666
Fax (845) 469-7080

June 15, 2007

Ms. Roxann Creen
Shawangunk Correctional Facility
P.O. Box 750
Shawangunk, New York 12589-0750

Dear Ms. Creen:

I am in receipt of your letter of June 13 regarding the services our company was contracted to perform at your facility. As you are no doubt aware, we have requested the assistance of the Commissioner of the NYS Department of Corrections as well as NYS government officials including the attorney general regarding this matter.

While your hostility toward our company has been evident since the inception of our contract, your actions on Wednesday, May 9th transcend a business relationship of any kind and were clearly criminal in nature. You incarcerated one of our employees, locking him in a secure area of a state correctional facility for more than ninety minutes. You denied him his civil rights. You would not let him communicate with our office. You held him against his will. You then forced our employee to turn over to you a very large and still undetermined amount of money in order to gain his freedom. He was held under extreme duress. Neither he, nor I, nor any member of my staff will ever enter your facility again. You are an extremely hateful and sick person. You committed grand larceny and extortion. We intend to pursue all legal remedies against you.

In your letter of June 13th, you have requested that I contact you to discuss our obligations and commissions. Regarding our financial obligations, we had every intention of completing our financial obligations to your facility as we have for every other facility we have serviced for the NYS department of corrections. However, your actions have precluded our ability to complete this contract in a professional, businesslike manor. Checks have been prepared for the final amounts due. However, until a determination of exactly how much money you stole from our employee, we have no way of knowing if the amount stolen is more or less than the total amount owed.

D0043

Ms. Roxann Creen                           -2-                           June 15, 2007

     Regarding Rockland Vending equipment being held at your facility, you have stated that you would not allow the equipment to be removed. Additionally, based upon this past experience, I can not allow our staff to ever enter your facility again. Rockland Vending currently has more than sixty thousand dollars of equipment at Shawangunk Correctional. While we no longer have any concept of what you are personally capable of, we will hold you responsible for this equipment. Further, as I have stated in past correspondence, you are being invoiced for this equipment until such time as it is returned undamaged to our company.

                                                                                    Yours truly,

                                                                                   Michael Freed
                                                                                  President

Cc: Attorney General Andrew Cuomo