

**STATE OF NEW YORK**
**DEPARTMENT OF CORRECTIONAL SERVICES**
## SHAWANGUNK CORRECTIONAL FACILITY
P.O. Box 750

BRIAN FISCHER                    WALLKILL, NY  12589-0750                    JOSEPH T. SMITH
COMMISSIONER                        (845) 895-2081                          SUPERINTENDENT

NYS DEPT. OF
CORRECTIONAL SERVICES

May 11, 2007

MAY 1 7 2007

RECEIVED
OFFICE OF THE COUNSEL

Mike Freed, President
Rockland Vending Company
1 Sanford Avenue
Chester, New York  10918

RE:    Vending Contract

Dear Mr. Freed:

This is to confirm our conversation on Friday, May 11, 2007 at approximately 10:25 a.m.  You are in arrears for commissions and space fees for the months of February, March and April, 2007. Numerous attempts have been made to contact you to obtain these funds.  In fact, on Thursday, May 10th, I spoke with Cheryl to find out if you intended to stock the machines on Friday and she replied that she did not know.

You are in violation of the Contract entered into February 1, 2003 with NYS DOCS, Shawangunk Correctional Facility.  Therefore, in accordance with the terms of the contract, specifically paragraph 12 – Termination for Cause, you are in breach of contract and your services to Shawangunk Correctional Facility are hereby terminated effective Friday, May 11, 2007.

At this time, we estimate commissions for three months ($587.71 avg/mo) and a portion of May ($195.90) to be $1,959.03.  Please provide sales documentation for actual commissions due.  In addition, the space fees for February, March, April, and May (10 days) ($104/mo) totaling $346.70  are due. On Wednesday, May 9th, 2007, we collected $455.00 from the machines which may be deducted from the actual amount due us under this contract.

All Rockland Vending Company's equipment at this facility have been impounded pending payment of above commissions and space rental.  The equipment will be stored in a secure area for up to 30 days.  Machines containing perishable items will remain operational to minimize spoilage of items.  An inventory of perishable items is attached.

D0038

Please contact me immediately to advise if you can pay in full for the amounts owed and make arrangements to pick up your equipment. At this time we consider the total bill for commissions and space rental. minus the $455.00 credit collected. to be $1.850.73. Payment must be made by cash or certified check prior to our releasing your equipment.

Thank you for your cooperation.

Sincerely.

Roxann Creen
Institution Steward

Cc:    Supt. Smith
       DSA Knott
       G. Glassano, Esq.
       N. Ferrie – Support Operations

Shawangunk Correctional Facility

Inventory
Cold Food Machine
**Left side – Visit Room**

| | |
|---|---|
| Oreo Cookies and Cream Cheesecakes | 8 |
| Big Al Beef Hamburghers | 4 |
| Fish Sandwich | 5 |
| Double Beef Stacker | 13 |
| Cheeseburgers | 5 |
| Muffins | 6 |
| Pizza | 13 |
| Wings | 2 |

**Right Side – Visit Room**

| | |
|---|---|
| Beefsteak | 9 |
| Pizza | 10 |
| Ham & Cheese Sandwich | 3 |
| Hot Pockets | 10 |
| Milk | 15 |
| Pies | 14 |
| Wings | 11 |

**Employee Lounge**

| | |
|---|---|
| Pudding | 1 |
| Pies | 5 |
| Donuts | 3 |
| Chicken Sandwich | 1 |
| Big Al Hamburger | 2 |
| Double Beef Stacker | 1 |
| Dole Fruit | 1 |
| Nesquick | 4 |
| Water | 13 |

D0040