UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCKLAND VENDING CORP., <br><br> *Plaintiff*, <br><br> -against- <br><br> ROXANNE CREEN, sued in her individual capacity, <br> MARSHA F. RILEY, sued in her individual capacity, <br> STEWART KIDDER, sued in his individual capacity, <br><br> *Defendants*. | **AFFIRMATION OF SANDRA L. HOUSE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> 07 CV 6268 (WP)(MDF) |

SANDRA L. HOUSE affirms as follows:

1. I am employed by the New York State Department of Correctional Services ("DOCS") as the Institutional Steward for Otisville Correctional Facility, and have held this position for approximately two years. I make this affirmation on personal knowledge except where expressly stated otherwise.

2. I am familiar with the contract that Rockland Vending Corporation had with my facility, and as Steward, one of my responsibilities is to administer the vending machine contracts with the facility. I made the decision to terminate Rockland's contract for non-payment by letter of July 9, 2007, a copy of which I attach as Appendix A.

3. Neither Stewart Kidder, Nan Ferri, nor anyone in DOCS Support Operations ever told or encouraged me to terminate Otisville's contract with Rockland Vending Corporation.

I affirm under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2008.

_____
Sandra L. House