

**Stewart R Kidder**
Sent by: Janice J
Williamsoleary

05/31/07 03:33 PM

To: "Michael Freed" <mfreed@rovenco.com>
cc: "Michael Sussman" <Sussman1@frontiernet.net>, Marsha F Riley/C999/DOCS@DOCS, Nannette E Ferri/C999/DOCS@DOCS
Subject: Re: Rockland Vending Corporation

The facility advises me that they have rented a hydraulic lift to assist in the removal of your machines and that the removal process should take approximately two hours.

You will not be denied access to the facility on June 1st.

"Michael Freed" <mfreed@rovenco.com>



"Michael Freed"
<mfreed@rovenco.com
>
05/31/07 02:17 PM

To: "Stuart Kidder" <srkidder@docs.state.ny.us>
cc: "Michael Sussman" <Sussman1@frontiernet.net>
Subject: Rockland Vending Corporation

Ms. Riley has requested in the past that I no longer correspond with her. Additionally, her animosity toward myself personally and my staff is evident. Therefore, I am addressing this issue with you. As you are aware, Ms. Riley has requested in her prior e-mail that I do not communicate with her.

The attached telephone calls were received from Lincoln Correctional yesterday and this morning. The first call was received on May 30th at 8:34am, informing us that our truck and staff were at the facility but we not being allowed to enter. We had no prior knowledge that we were not being allowed to enter. Our staff has authorization to enter Lincoln Correctional and it was never indicated that authorization was withdrawn. Having a truck and staff arrive at the facility, only to be denied entry is extremely costly and demonstrates the hostility we now face

A second call was received this morning at 10:04am to advise that we were now going to be allowed entry and also demanding that our staff must remove all our equipment before 9:30am tomorrow morning. Today we cant enter, tomorrow we must have staff there in the middle of the night?. Lock Rockland vending staff out, lock Rockland Vending staff in.. is this a game? It is impossible to move the machines out of the facility by 9:30am. Safety is of primary concern when moving eight hundred pound equipment, especially when the removal will require our staff to move the machines down steps. The removal of machines from Lincoln will probably take more than five hours to complete.

Ms. Riley's demands are impossible to accommodate. Further, based upon her past behavior, it is quite possible that upon our arrival tomorrow, we will again be denied access. Perhaps Ms. Riley will incarcerate our staff. Ms. Riley's attitude and her conduct are clear indications that whatever her motivation is, it is not in the confines of our contract that we be treated in this manor. Further, our service at Lincoln has been exemplary and Ms. Riley's mention of my honesty is clear indication of deeper animosity.

I will await your direction regarding the removal of these machines. I also require your assurance that we will be treated fairly and will be allowed to remove these vending machines safely and without interference or distraction before proceeding. The safety of our team is of paramount importance to me.

Please inform Ms. Riley that my e-mail has not be changed and that changing ones e-mail is not clear evidence of dishonesty.  lincoln correctional 3107.d\