CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a true and correct copy of the following papers:

1. NOTICE OF MOTION;

2. MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;

3. DEFENDANTS' RULE 56.1 STATEMENT; and,

4. AFFIRMATION OF DANIEL SCHULZE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;

upon:

Michael H. Sussman
Sussman & Watkins
40 Park Place
Goshen, New York 10924

by depositing the above papers enclosed in a properly addressed and prepaid wrapper into the custody of an overnight delivery service, the manner of service agreed to by counsel for the parties. Courtesy copies of the Affidavit of Michael Freed and the Amended Complaint were included with this mailing.

Pursuant to Judge Karas's Individual Rules, the papers will not be filed with ECF until the reply brief is due.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 10, 2008.

                                                    /s/
                                        Daniel A. Schulze
                                        Assistant Attorney General