UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCKLAND VENDING CORP., <br><br> *Plaintiff*, <br><br> -against- <br><br> ROXANNE CREEN, sued in her individual capacity, <br> MARSHA F. RILEY, sued in her individual capacity, <br> STEWART KIDDER, sued in his individual capacity, <br><br> *Defendants.* | **SUPPLEMENTAL AFFIRMATION OF DANIEL SCHULZE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> 07 CV 6268 (KMK)(MDF) <br><br> (Electronically Filed) |

DANIEL SCHULZE affirms as follows:

1. I am an Assistant Attorney General in the office of Andrew Cuomo, Attorney General of the State of New York, and represent defendants in this action. I am familiar with the facts of this case.

2. Attached hereto as Exhibit A is a true and correct copy of plaintiffs' First Amended Complaint, which is the operative complaint in this action. This document is submitted on this motion pursuant to Judge Karas's Individual Rule II.B.

I affirm under penalty of perjury that the foregoing is true and correct. Executed on June 12, 2008.

                                                                               /s/
                                                          Daniel Schulze